# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

September 08, 2011

RE:   **Ms. Jennifer Weber Johnson**
      State Bar Number - **24060029**

To Whom it May Concern:

This is to certify that Ms. Jennifer Weber Johnson was licensed to practice law in Texas on November 02, 2007 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

