## United States District Court Central District of California

Colette Von Kaenel, individually and on behalf of all others similarly situated,

            Plaintiff(s),

vs.

**SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., et al**,

            Defendant(s).

Case No.: LACV11-7305

**AFFIDAVIT OF SERVICE**

I, William Carlson, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On September 06, 2011 at 3:55 PM, I served the within Summons; Complaint; Civil Cover Sheet; Declaration; Cert of Interested Parties on Beam Global Spirits & Wine, Inc. in the following manner:

**Corporate Service:** By leaving a copy of the Summons; Complaint; Civil Cover Sheet; Declaration; Cert of Interested Parties with **Allyson Wilcox-Olson, Authorized Agent – Assistant General Counsel**, an officer or agent of **Beam Global Spirits & Wine, Inc.** .

Service was effected at 510 Lake Cook Road , Deerfield, IL 60015.

Description of person process was left with:

Sex: **Female** – Skin: **Caucasian** – Hair: **Blonde** – Approx. Age: **37** – Height: **5'9"** – Weight: **145**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on this 7th day of September, 2011.

Notary Public

X _____
William Carlson
PERC: 129.334024

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312-583-1167
License: 117-00912

File:

OFFICIAL SEAL
CHRISTOPHER MIRANDA
Notary Public - State of Illinois
My Commission Expires May 18, 2015



*119138*