NABIL MAJED NACHAWATI II
FEARS NACHAWATI LAW FIRM, P.L.L.C.
4925 GREENVILLE AVENUE, SUITE 715
DALLAS, TEXAS 75206

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COLETTE VON KAENEL

  Plaintiff(s)

v.

SKINNY GIRL COCKTAILS LLC et al.

  Defendant(s).

CASE NUMBER

CV 11-07305 JAK (PJWx)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE:  Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Nabil Majed Nachawati II                , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
_____ by whom I have been retained.

My business information is:
FEARS NACHAWATI LAW FIRM, P.L.L.C.
*Firm Name*

4925 GREENVILLE AVENUE, SUITE 715
*Street Address*

DALLAS, TEXAS 75206                 mn@fnlawfirm.com
*City, State, Zip*                  *E-Mail Address*

(214) 890-0711                      (214) 890-0712
*Telephone Number*                  *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| All Courts of the State of Texas | November 6, 2003 |
| | |
| | |

# ATTACHMENT "A"

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:2010-cv-05484 | Civil | December 9, 2010 | Granted |
| 2:2010-cv-05948 | Civil | December 13, 2010 | Granted |
| 2:2011-cv-01067 | Civil | March 15, 2011 | Granted |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 8:2010-cv-01407 | Civil | October 12, 2010 | Granted |
| 2:2010-cv-07662 | Civil | December 10, 2010 | Granted |
| 2:2010-cv-07786 | Civil | December 10, 2010 | Granted |
| See Attachment "A" | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain: N/A

I designate Daniel R. Tamez as local counsel, whose business information is as follows:

GNAU & TAMEZ LAW GROUP, LLP
*Firm Name*

1010 SECOND AVENUE, SUITE 1750
*Street Address*

SAN DIEGO, CALIFORNIA 92101
*City, State, Zip*

danieltamez@sdinjuryattorney.com
*E-Mail Address*

(619) 446-6736
*Telephone Number*

(619) 793-5215
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  09-13-11

Nabil Majed Nachawati II
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  9-15-11

Daniel R. Tamez
*Designee's Name (please print)*

*Designee's Signature*

216619
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 12, 2011

Re:   Nabil Majed Nachawati, II, State Bar Number 24038319

To Whom It May Concern:

This is to certify that Mr. Nabil Majed Nachawati, II was licensed to practice law in Texas on May 27, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Nachawati's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa