| | |
|---|---|
| 1 | Daniel R. Tamez, Esq. (Bar No. 216619)<br>**GNAU & TAMEZ LAW GROUP, LLP** |
| 2 | 707 Broadway, Suite 1700<br>San Diego, CA 92101 |
| 3 | danieltamez@sdinjuryattorney.com |
| 4 | Tel: (619) 446-6736<br>Fax: (619) 684-3500 |
| 5 | |
| 6 | Nabil Majed Nachawati, II (not admitted)<br>**FEARS | NACHAWATI LAW FIRM** |
| 7 | 4925 Greenville Avenue, Suite 715<br>Dallas, TX 75206 |
| 8 | mn@fnlawfirm.com<br>Tel: (214) 890-0711 |
| 9 | Fax: (214) 890-0712 |
| 10 | R. Dean Gresham (not admitted)<br>Jennifer Weber Johnson (not admitted) |
| 11 | **GRESHAM PC – ATTORNEYS AT LAW**<br>2311 Cedar Springs Rd., Suite 200 |
| 12 | Dallas, TX 75219<br>dgresham@greshampc.com |
| 13 | jjohnson@greshampc.com<br>Tel: (214) 420-9995 |
| 14 | Fax: (214) 526-5525 |
| 15 | *ATTORNEYS FOR PLAINTIFFS* |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | CASE NO.: 2:11-cv-07305-JAK (PJWx)<br><br>**NOTICE OF LODGING OF THE PROPOSED ORDERS FOR APPLICATIONS TO APPEAR *PRO HAC VICE* OF R. DEAN GRESHAM AND JENNIFER WEBER JOHNSON** |

Notice of Lodging
1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 14, 2011 Applications to Appear *Pro Hac Vice* for R. Dean Gresham and Jennifer Weber Johnson (Documents 8 and 9) were filed in this matter. However, the proposed orders were inadvertently not attached, as required. The proposed orders are hereby lodged with the Court.

Dated: September 16, 2011.

By: /s/ Daniel R. Tamez
Daniel R. Tamez, Esq. ((Bar No. 216619)
**GNAU & TAMEZ LAW GROUP, LLP**
707 Broadway, Suite 1700
San Diego, CA 92101
danieltamez@sdinjuryattorney.com
Tel: (619) 446-6736
Fax: (619) 684-3500

Nabil Majed Nachawati, II (not admitted)
**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
mn@fnlawfirm.com
Tel: (214) 890-0711
Fax: (214) 890-0712

R. Dean Gresham (not admitted)
Jennifer Weber Johnson (not admitted)
**GRESHAM PC – ATTORNEYS AT LAW**
2311 Cedar Springs Rd., Suite 200
Dallas, TX 75219
dgresham@greshampc.com
jjohnson@greshampc.com
Tel: (214) 420-9995
Fax: (214) 526-5525

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**