Jennifer Weber Johnson
2311 Cedar Springs Road, Suite 200
Dallas, Texas 75201
(214) 420-9995 - Telephone
(214) 526-5525 - Facsimile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL,<br><br>                                        Plaintiff(s)<br><br>            v.<br><br>SKINNY GIRL COCKTAILS, LLC, et al.<br><br>                                        Defendant(s). | CASE NUMBER:<br><br>LA CV 11-07305 JAK (PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Jennifer Weber Johnson</u>, of <u>Gresham PC, 2311 Cedar Springs Rd., Ste 200, Dallas, TX 75201</u>
　　　*Applicant's Name*　　　　　　　　　　　　*Firm Name / Address*

<u>(214) 420-9995</u>　　　　　　　　　　　<u>(214) 526-5525</u>
　*Telephone Number*　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff　☐ Defendant

☐ Intervener or other interested person <u>COLETTE VON KAENEL</u>

and the designation of <u>Daniel R. Tamez / 216619</u>
　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of <u>Gnau & Tamez Law Group, LLP / 707 Broadway, Suite 1700, San Diego, CA 92101</u>
　　　　　　　　　　*Local Counsel Firm / Address*

<u>(619) 446-6736</u>　　　　　　　　<u>danieltamez@sdinjuryattorney.com</u>
　*Telephone Number*　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　　☐ GRANTED

　　　☐ DENIED.  Fee shall be returned by the Clerk.

　　　☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____　　　_____
　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge