R. Dean Gresham
2311 Cedar Springs Road, Suite 200
Dallas, Texas 75201
(214) 420-9995 - Telephone
(214) 526-5525 - Facsimile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, <br><br> Plaintiff(s) <br> v. <br><br> SKINNY GIRL COCKTAILS, LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> LA CV 11-07305 JAK (PJWx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>R. Dean Gresham</u>, of <u>Gresham PC, 2311 Cedar Springs Rd., Ste 200, Dallas, TX 75201</u>
   *Applicant's Name*                                           *Firm Name / Address*

<u>(214) 420-9995</u>                    <u>(214) 526-5525</u>
   *Telephone Number*                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant
☐ Intervener or other interested person <u>COLETTE VON KAENEL</u>

and the designation of <u>Daniel R. Tamez / 216619</u>
                                   *Local Counsel Designee /State Bar Number*

of <u>Gnau & Tamez Law Group, LLP / 707 Broadway, Suite 1700, San Diego, CA 92101</u>
                                   *Local Counsel Firm / Address*

<u>(619) 446-6736</u>                  danieltamez@sdinjuryattorney.com
   *Telephone Number*                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____       *[signature]* _____
                                                 U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE