## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, Western Division

COLETTE VON KAENEL, individually and on behalf of all others similarly situated,

        Plaintiff(s),

vs.

SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., et al,

        Defendant(s).

Case No.: CV11-7305 JAK (PJWx)

**AFFIDAVIT OF SERVICE**

---

I am authorized to serve this process in the circuit/county it was served in.

On __9/7/2011__ at __12:33__ AM / **PM**, I served the within **Summons; Complaint; Civil Cover Sheet; Declaration of Daniel R. Tamez; ATTENTION: NEW CIVIL ACTIONS; Notice of Assignment to United States Magistrate Judge for Discovery; Certification and Notice of Interested Parties; Notice to Counsel; Professionalism Guidelines; Alternative Dispute Resolution (ADR) Package; on SGC Global, LLC,** Defendant(s).

Said service was effected at __35 E 85th Street, Apt 2D, New York, NY 10028__, ____,

in the following manner:

☐ **Registered Agent:** By leaving a copy of the Summons; Complaint; Civil Cover Sheet; Declaration of Daniel R. Tamez; ATTENTION: NEW CIVIL ACTIONS; Notice of Assignment to United States Magistrate Judge for Discovery; Certification and Notice of Interested Parties; Notice to Counsel; Professionalism Guidelines; Alternative Dispute Resolution (ADR) Package; with

_____, the registered agent of SGC Global, LLC.

☐ **Officer/Agent:** By leaving a copy of the Summons; Complaint; Civil Cover Sheet; Declaration of Daniel R. Tamez; ATTENTION: NEW CIVIL ACTIONS; Notice of Assignment to United States Magistrate Judge for Discovery; Certification and Notice of Interested Parties; Notice to Counsel; Professionalism Guidelines; Alternative Dispute Resolution (ADR) Package; with:

_____, _____, who is an officer or agent of SGC Global, LLC.

☒ **Other:** By leaving a copy of the Summons; Complaint; Civil Cover Sheet; Declaration of Daniel R. Tamez; ATTENTION: NEW CIVIL ACTIONS; Notice of Assignment to United States Magistrate Judge for Discovery; Certification and Notice of Interested Parties; Notice to Counsel; Professionalism Guidelines; Alternative Dispute Resolution (ADR) Package; with:

__Paul Lopez, Security Guard for Westminster House (name of apartment building)__

Addl Comments: __Confirmed residence of David Kanbar, Registered Agent for Service for SGC Global, LLC__

Description of person process was left with:

Sex: __M__    Race: __Hispanic__    Approx. Age: __66__    Height: __5'6"__    Weight: __185 lbs.__

X _____

Signed and sworn to before me on this __15__ day of __September__, 20__11__.

_____
Notary Public

NOTARY PUBLIC, STATE OF FLORIDA
Marilyn T. Hannan
#DD956455
Expires: JAN. 27, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

Reginald Rock, New York Registration No. 1300
(Print Name)
Del London Legal Services, Inc.
2110 Artesia Blvd., Suite B-164
Redondo Beach, CA 90278
760.500.4027