ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

Attorneys for Defendants
BEAM GLOBAL SPIRITS & WINE, INC. and
JIM BEAM BRANDS CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No.  LACV11-7305 JAK (PJW)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT FOR NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Initial Complaint Filed: Sept. 6, 2011<br>Current Response Date: Sept. 27, 2011<br>New Response Date:       Oct. 27, 2011 |

This stipulation is entered into between Plaintiff Collette Von Kaenel ("Plaintiff") by and through her counsel of record, and Defendants Beam Global Spirits & Wine, Inc. and Jim Beam Brands Co. (collectively, the "Beam Defendants"), by and through their counsel of record, and is based on the following facts:

1. On September 6, 2011, Plaintiff filed the complaint in this action;

2. On or about September 6, 2011, the Beam Defendants were served with

the summons and complaint, and their deadline to respond to the complaint would be September 27, 2011;

    3. Counsel for Plaintiff has agreed to grant the Beam Defendants an extension of time to respond to the complaint up to and including October 27, 2011;

    4. No prior extensions of time have been requested or granted; and

    5. Neither the parties nor the Court will be prejudiced by an extension because there are no pending pre-trial deadlines in this action.

    Accordingly, it is hereby Stipulated and Agreed that the Beam Defendants have up to and including October 27, 2011 in which to answer or otherwise respond to the complaint in this action.

Dated: September 27, 2011

CHADBOURNE & PARKE LLP

By    /s/ Robin D. Ball
    ROBIN D. BALL
Attorneys for Defendants BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.

Dated: September___, 2011

GRESHAM, P.C.

By_____
    R. DEAN GRESHAM
Attorneys for Plaintiff COLLETTE VON KAENEL

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT FOR NOT MORE THAN 30 DAYS (L.R. 8-3)

CPAM: 4233163.1