the summons and complaint, and their deadline to respond to the complaint would be September 27, 2011;

    3. Counsel for Plaintiff has agreed to grant the Beam Defendants an extension of time to respond to the complaint up to and including October 27, 2011;

    4. No prior extensions of time have been requested or granted; and

    5. Neither the parties nor the Court will be prejudiced by an extension because there are no pending pre-trial deadlines in this action.

    Accordingly, it is hereby Stipulated and Agreed that the Beam Defendants have up to and including October 27, 2011 in which to answer or otherwise respond to the complaint in this action.

Dated: September __, 2011

                          CHADBOURNE & PARKE LLP

                          By_____
                                 ROBIN D. BALL
                          Attorneys for Defendants BEAM
                           GLOBAL SPIRITS & WINE, INC.
                           and JIM BEAM BRANDS CO.

Dated: September *26* 2011

                          GRESHAM, P.C.

                          By_____
                                R. DEAN GRESHAM
                          Attorneys for Plaintiff COLLETTE
                          VON KAENEL

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 2 -