```
ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

Attorneys for Defendants
BEAM GLOBAL SPIRITS & WINE, INC. and
JIM BEAM BRANDS CO.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>             Defendants. | Case No.  LACV11-7305 JAK (PJW)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

TO THE HONORABLE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants Beam Global Spirits & Wine, Inc. and Jim Beam Brands Co. (collectively, the "Beam Defendants"), certifies that the following listed parties have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Skinny Girl Cocktails, L.L.C. (Defendant);

2. SGC Global, L.L.C. (named as Defendant; Beam Defendants are not familiar with this entity);

3. Beam Global Spirits & Wine L.L.C., formerly known as Beam Global Spirits & Wine, Inc. (Defendant);

4. Jim Beam Brands Co. (Defendant);

5. Fortune Brands, Inc. (Jim Beam Brands Co. and Beam Global Spirits & Wine L.L.C. are wholly owned subsidiaries of Fortune Brands, Inc.);

6. Ace American Insurance Company (Beam Defendants' primary insurer- not a party to this action);

7. BB Endeavors LLC (may have direct or indirect ownership interest in Skinny Girl Cocktails, L.L.C.; has contractual rights and obligations related to product at issue);

8. SGC Kanbar LLC (may have direct or indirect ownership interest in Skinny Girl Cocktails, L.L.C.; has contractual rights and obligations related to product at issue);

9. Bethenny Frankel (may have direct or indirect ownership interest in Skinny Girl Cocktails, L.L.C.; has contractual rights and obligations related to product at issue);

10. David A. Kanbar (may have direct or indirect ownership interest in Skinny Girl Cocktails, L.L.C.; has contractual rights and obligations related to product at issue);

11. Marc D. Taub (may have direct or indirect ownership interest in Skinny Girl Cocktails, L.L.C.; has contractual rights and obligations related to product at issue);

12. David S. Taub (may have direct or indirect ownership interest in

Skinny Girl Cocktails, L.L.C.; has contractual rights and obligations related to product at issue);

13. Colette Von Kaenel (Plaintiff).

Dated: September 27, 2011

                                              CHADBOURNE & PARKE LLP


By       /s/ Robin D. Ball
        ROBIN D. BALL
Attorneys for Defendants BEAM
  GLOBAL SPIRITS & WINE, INC.
  and JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000