NABIL MAJED NACHAWATI II
FEARS NACHAWATI LAW FIRM
4925 GREEVILLE AVENUE, SUITE 715
DALLAS, TEXAS 75206



FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| COLETTE VON KAENEL | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 11-07305 JAK (PJWx) |
| v. | |
| SKINNY GIRL COCKTAILS LLC et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Nabil Majed Nachawati II**, of **Fears Nachawati Law Firm, PLLC, 4925 Greenville Ave Ste 715, Dallas TX 75206**
   *Applicant's Name*                *Firm Name / Address*

**(214) 890-0711**                **mn@fnlawfirm.com**
*Telephone Number*                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of **Daniel R. Tamez, State Bar No. 216619**
                         *Local Counsel Designee /State Bar Number*

of **Gnau & Tamez Law Group, LLP, 1010 Second Avenue, Suite 1750, San Diego, California 96101**
   *Local Counsel Firm / Address*

**(619) 446-6736**                **danieltamez@sdinjuryattorney.com**
*Telephone Number*                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  Sept. 29, 2011                    _____
                                          U. S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (11/10)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE