| | |
|---|---|
| RICK L. SHACKELFORD (SBN 151262) <br> ROBERT J. HERRINGTON (SBN 234417) <br> GREENBERG TRAURIG, LLP <br> 2450 Colorado Avenue, Suite 400E <br> Santa Monica, California 90404 <br> Telephone: (310) 586-7700 <br> Facsimile: (310) 586-7800 <br> Email: *ShackelfordR@gtlaw.com* <br> *HerringtonR@gtlaw.com* <br><br> Attorneys for Defendants <br> Skinny Girl Cocktails, L.L.C., <br> SGC Global, L.L.C. | DANIEL R. TAMEZ (SBN 216619) <br> GNAU & TAMEZ LAW GROUP, LLP <br> 1010 Second Avenue, Suite 1750 <br> San Diego, CA 92101 <br> Telephone: (619) 446-6736 <br> Facsimile: (619) 793-5215 <br> Email: *DanielTamez@sdinjuryattorney.com* <br><br> NABIL MAJED NACHAWATI, II <br> FEARS NACHAWATI LAW FIRM <br> 4925 Greenville Avenue, Suite 715 <br> Dallas, TX 75206 <br> Telephone: (214) 890-0711 <br> Facsimile: (214) 890-0712 <br> Email: *MN@fnlwfirm.com* <br><br> Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO., <br><br> Defendants. | CASE NO. CV11-7305 JAK (PJNx) <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Judge: Hon. John A. Kronstadt <br> Action Filed: September 6, 2011 <br><br> Complaint alleged to have been served: *September 7, 2011* <br> Current response date based on alleged service date: *September 28, 2011* <br> New stipulated response date: *October 27, 2011* |

     Plaintiff, Colette Von Kaenel, and defendants Skinny Girl Cocktails, L.L.C., and SGC Global, L.L.C., ("Defendants"), by and through their respective counsel of record, hereby enter into this Stipulation for an Extension of Time in light of the following facts:

    1.    Whereas plaintiff caused the summons and complaint to be served on personally and by mail;

    2.    Whereas plaintiff believes service was properly effected;

    3.    Whereas Defendants believe service of process was not validly effected;

    4.    Whereas the parties have agreed that the interests of justice would be served by having an agreed date for Defendants to respond to the Complaint.

    NOW, THEREFORE, IT IS STIPULATED AND AGREED:

    1.    Defendants shall answer, plead or otherwise respond to the Complaint on or before October 27, 2011;

    2.    Defendants shall waive any objections to the validity of service of process.

    3.    If Defendants propose to file any response to the Complaint other than an answer, Defendants shall confer with Plaintiff s counsel in accordance with Local Rule 7.3.

    IT IS SO STIPULATED.

DATED:  October 5, 2011        GNAU & TAMEZ LAW GROUP, LLP

        By: _//s//: Daniel R. Tamez_____
        Daniel R. Tamez
        Attorneys for Plaintiff,

DATED:  October 5, 2011        GREENBERG TRAURIG, LLP

        By: _//s//: Rick L. Shackelford_____
        Rick L. Shackelford
        Attorneys for Defendants,
        Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C.