1   ROBIN D. BALL (State Bar No. 159698)
    rball@chadbourne.com
2   SUSAN M. ST. DENIS (State Bar No. 149636)
    sst.denis@chadbourne.com
3   CHADBOURNE & PARKE LLP
    350 South Grand Avenue, 32nd Floor
4   Los Angeles, CA  90071
    Telephone:   (213) 892-1000
5   Facsimile:   (213) 892-2045

6   Attorneys for Defendants
    BEAM GLOBAL SPIRITS & WINE LLC, and JIM
7   BEAM BRANDS CO.

8

9                 IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12   COLETTE VON KAENEL,                Case No.  LACV11-7305 JAK (PJW)
     individually and on behalf of all others
13   similarly situated,                **ANSWER AND AFFIRMATIVE**
                                        **DEFENSES OF BEAM GLOBAL**
14               Plaintiff,            **SPIRITS & WINE LLC, AND JIM**
                                        **BEAM BRANDS CO.**
15   v.

16   SKINNY GIRL COCKTAILS, L.L.C.,
     SGC GLOBAL, L.L.C., BEAM
17   GLOBAL SPIRITS & WINE, INC. and
     JIM BEAM BRANDS CO.,
18
                 Defendants.
19

20

21        Defendants, Beam Global Spirits & Wine LLC ("Beam Global"), formerly

22   known as Beam Global Spirits & Wine, Inc., and Jim Beam Brands Co. ("Jim

23   Beam") (collectively "Beam defendants") hereby file their Answer and Affirmative

24   Defenses to the Complaint.

25                          **GENERAL ANSWER**

26        Beam defendants state that they respond to these allegations only on behalf

27   of themselves and not on behalf of any other entity.  All allegations are denied

28   unless specifically admitted, and any factual averment is admitted only as to the

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

1   specific facts and not as to any conclusions, characterizations, implications, or

2   speculations contained in the averment or in the Complaint as a whole.

3        The Complaint contains numerous quotations and references that purport to

4   be excerpts from various identified and unidentified sources and documents. The

5   documents allegedly referred to in the Complaint have not been provided by the

6   Plaintiff. Accordingly, Beam defendants are unable to challenge the accuracy,

7   veracity, or source(s) of these quotations or references. To the extent that Beam

8   defendants state that a document or other material referenced in the Complaint

9   speaks for itself, or refers to the document or other material for the contents thereof,

10  such statement, admission or reference does not constitute an admission that the

11  content of the document or other material is or is not true, or that Plaintiff's

12  characterization of such documents or other material is accurate. Beam defendants

13  reserve their right to challenge the accuracy of the quotations and references and to

14  raise any objection as to the documents purportedly quoted or referenced. Beam

15  defendants do not admit the authenticity of any documents from which quotations

16  were taken or references were made, and reserve the right to challenge the

17  authenticity of all documents quoted or referenced in the Complaint.

18                              **SPECIFIC ANSWER**

19                              **NATURE OF ACTION**

20       1.    Beam defendants deny each and every allegation contained in the first

21  sentence of Paragraph 1 of the Complaint, except admit that Plaintiff purports to

22  bring this action as a class action, define a putative class and define a class period,

23  but deny that this lawsuit is appropriate for class action treatment or is manageable

24  as a class action. Beam defendants lack knowledge or information sufficient to

25  form a belief as to the truth of the allegations contained in the second sentence of

26  Paragraph 1 of the Complaint, except admits that Skinnygirl Margarita contains a

27  minute amount of synthetic sodium benzoate and admits that Jim Beam has

28  packaged, marketed, and advertised Skinnygirl Margarita, and has sold Skinnygirl

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1   Margarita to distributors, since on or about March 17, 2011, but states that such

2   packaging, marketing, and advertising for Skinnygirl Margarita speaks for itself as

3   to its content.

4          2.      The first and second sentences of Paragraph 2 of the Complaint

5   purport to describe the contents of www.skinnygirlcocktails.com, a website that

6   speaks for itself and, thus, no response is required; to the extent an answer is

7   required, Beam defendants deny each and every allegation contained therein, except

8   admit that Skinnygirl Margarita contains a minute amount of sodium benzoate.

9   Beam defendants lack knowledge or information sufficient to form a belief as to the

10  truth of the allegations contained in the third sentence of Paragraph 2 of the

11  Complaint.  Beam defendants deny each and every allegation contained in the

12  fourth, fifth, and sixth sentences of Paragraph 2 of the Complaint, except admit that

13  Skinnygirl Margarita contains a minute amount of sodium benzoate and admit that

14  the advertisements, labels, and the bottles for Skinnygirl Margarita have included

15  the words "All Natural," but state that such advertisements, labels, and bottles,

16  including the picture of the bottle included therein, speak for themselves as to their

17  content.

18         3.      Beam defendants deny each and every allegation contained in

19  Paragraph 3 of the Complaint, except admit that they have publicly acknowledged

20  that Skinnygirl Margarita contains a minute amount of sodium benzoate and that

21  advertisements for Skinnygirl Margarita have included the words "All Natural."

22         4.      Beam defendants deny each and every allegation contained in

23  Paragraph 4 of the Complaint.

24         5.      Beam defendants deny each and every allegation contained in the first

25  sentence of Paragraph 5, except admit that Plaintiff seeks the relief described, but

26  deny that Plaintiff is entitled to any such relief.  Beam defendants lack knowledge

27  or information sufficient to form a belief as to the truth of the allegations contained

28  in the second sentence of Paragraph 5 of the Complaint.  Beam defendants deny

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1  each and every allegation contained in the third sentence of Paragraph 5, except

2  admit that Plaintiff seeks the relief described, but deny that Plaintiff is entitled to

3  any such relief.

4  **PARTIES**

5      6.      Beam defendants lack knowledge or information sufficient to form a

6  belief as to the truth of the allegations contained in the first and second sentences of

7  Paragraph 6 of the Complaint.  Beam defendants deny each and every allegation

8  contained in the third sentence of Paragraph 6 of the Complaint.  Beam defendants

9  lack knowledge or information sufficient to form a belief as to the truth of the

10  allegations contained in the fourth sentence of Paragraph 6 of the Complaint.

11      7.      Beam defendants lack knowledge or information sufficient to form a

12  belief as to the truth of the allegations contained in the first, second, third, fourth,

13  fifth, sixth, and seventh sentences of Paragraph 7 of the Complaint, except admit

14  that Skinnygirl Margarita is one of the fastest-growing ready-to-drink cocktail

15  brands and also admit Bethenny Frankel is the author of the New York Times

16  Bestseller "Naturally Thin."  Beam defendants deny each and every allegation

17  contained in the eighth sentence of Paragraph 7 of the Complaint, except states that

18  Jim Beam purchased Skinnygirl Margarita in March 2011.

19      8.      Beam defendants lack knowledge or information sufficient to form a

20  belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

21      9.      Beam defendants deny each and every allegation contained in the first

22  and second sentences of Paragraph 9, except Beam Global admits that it is a limited

23  liability company organized under the laws of the state of Delaware with its

24  headquarters and principal place of business at 510 Lake Cook Road, Deerfield,

25  Illinois 60015, and that it is a wholly owned subsidiary of the publicly-held

26  corporation Beam Inc. (formerly known as Fortune Brands, Inc.).  Beam defendants

27  deny each and every allegation contained in the third sentence of Paragraph 9, but

28  state that Jim Beam purchased Skinnygirl Margarita in March 2011.  Beam

- 4 -

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1   defendants lack knowledge or information sufficient to form a belief as to the truth

2   of the allegations contained in the fourth sentence of Paragraph 9 of the Complaint,

3   except admit that Jim Beam entered into a multiyear endorsement and services

4   agreement  with Ms. Frankel.  Beam defendants deny each and every allegation

5   contained in the fifth sentence of Paragraph 9, except admit that the Skinnygirl

6   Margarita product is sold to distributors in stores in the United States, including in

7   California.

8        10.   Beam defendants deny each and every allegation contained in

9   Paragraph 10, except admit that Jim Beam is a corporation organized under the

10  laws of the state of Delaware with its principal place of business at 510 Lake Cook

11  Road, Deerfield, Illinois 60015 and that Jim Beam owns the trademark for

12  Skinnygirl Margarita.

13       11.   Beam defendants state that Paragraph 11 of the Complaint does not

14  contain an averment of fact to which an answer is required; to the extent an answer

15  is required, Beam defendants lack knowledge or information sufficient to form a

16  belief as to the truth of the allegations contained therein.

17       12.   Beam defendants lack knowledge or information sufficient to form a

18  belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

19       13.   Beam defendants lack knowledge or information sufficient to form a

20  belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

21                      **JURISDICTION AND VENUE**

22       14.   Paragraph 14 of the Complaint contains legal conclusions as to which

23  no answer is required; to the extent an answer is required, Beam defendants lack

24  knowledge or information sufficient to form a belief as to the truth of the allegation

25  that one or more members of the putative class of plaintiffs are citizens of State

26  different from Beam defendants. Beam defendants admit that Plaintiff purports to

27  bring this action as a class action, but deny that this lawsuit is appropriate for class

28

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

1 action treatment or is manageable as a class action.  Except as expressly admitted,

2 Beam defendants deny the allegations contained in Paragraph 14 of the Complaint.

3        15.    Beam defendants lack knowledge or information sufficient to form a

4 belief as to the truth of the allegations contained in Paragraph 15 of the Complaint,

5 but deny that this lawsuit is appropriate for class certification.

6        16.    Paragraph 16 of the Complaint contains legal conclusions as to which

7 no answer is required; to the extent an answer is required, Beam defendants deny

8 each and every allegation contained therein, except Beam defendants admit that Jim

9 Beam has promoted, marketed, distributed, and sold to distributors, Skinnygirl

10 Margarita in the Central District of California.

11        17.    Answering Paragraph 17, Beam defendants state that the Declaration

12 of Daniel R. Tamez speaks for itself and, thus, no response is required.

13                          **FACTUAL ALLEGATIONS**

14        18.    Beam defendants deny each and every allegation contained in

15 Paragraph 18 of the Complaint, except that Beam Defendants admit that sodium

16 benzoate is permitted for use as a preservative by the U.S. Food and Drug

17 Administration and has a chemical formula of $NaC_6H_5CO_2$.

18        19.    Beam defendants deny each and every allegation contained in

19 Paragraph 19 of the Complaint, except admits that Skinnygirl Margarita contains a

20 minute amount of synthetic sodium benzoate and states that the Skinnygirl

21 Margarita label speaks for itself.

22        20.    Beam defendants lack knowledge or information sufficient to form a

23 belief as to the truth of the allegations contained in Paragraph 20 of the Complaint.

24        21.    Beam defendants deny each and every allegation contained in

25 Paragraph 21 of the Complaint, except admit that Skinnygirl Margarita contains a

26 minute amount of synthetic sodium benzoate and states that the label for Skinnygirl

27 Margarita speaks for itself as to its content.

28

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1    22.    Beam defendants deny each and every allegation contained in

2  Paragraph 22 of the Complaint.

3    23.    Beam defendants deny each and every allegation contained in

4  Paragraph 23 of the Complaint.

5  **PLAINTIFF'S PURCHASES**

6    24.    Beam defendants lack knowledge or information sufficient to form a

7  belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

8    25.    Beam defendants lack knowledge or information sufficient to form a

9  belief as to the truth of the allegations contained in Paragraph 25 of the Complaint.

10    26.    Beam defendants lack knowledge or information sufficient to form a

11  belief as to the truth of the allegations contained in Paragraph 26 of the Complaint.

12    27.    Beam defendants deny each and every allegation contained in

13  Paragraph 27 of the Complaint, except admit that Skinnygirl Margarita contains a

14  minute amount of synthetic sodium benzoate, and state that the labeling and

15  advertising for Skinnygirl Margarita speak for themselves as to their content.

16    28.    Beam defendants lack knowledge or information sufficient to form a

17  belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

18    29.    Beam defendants deny each and every allegation contained in

19  Paragraph 29 of the Complaint.

20    **CLASS ACTION ALLEGATIONS**

21    30.    Beam defendants deny each and every allegation contained in

22  Paragraph 30 of the Complaint, except admit that Plaintiff purports to bring this

23  action as a class action and define a putative class, but deny that this lawsuit is

24  appropriate for class certification or is manageable as a class action.

25    31.    Beam defendants deny each and every allegation contained in

26  Paragraph 31 of the Complaint, except admit that Plaintiff purports to bring this

27  action as a class action and define a putative class, but deny that this lawsuit is

28  appropriate for class certification.

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

32.     Beam defendants deny each and every allegation contained in Paragraph 32 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

33.     Beam defendants deny each and every allegation contained in Paragraph 33 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

34.     Beam defendants deny each and every allegation contained in Paragraph 34 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

35.     Beam defendants deny each and every allegation contained in Paragraph 35 of the Complaint, except lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein regarding the experience of Plaintiff's counsel.  Beam defendants admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

36.     Beam defendants deny each and every allegation contained in Paragraph 36 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

37.     Beam defendants deny each and every allegation contained in Paragraph 37 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

## FIRST CAUSE OF ACTION

### (Common Law Fraud)

38.     Beam defendants repeat and incorporate their responses to the allegations contained in Paragraphs 1 through 37 of the Complaint as if fully set forth herein.

39.     Beam defendants deny each and every allegation contained in Paragraph 39 of the Complaint.

40.     Beam defendants deny each and every allegation contained in Paragraph 40 of the Complaint.

41.     Beam defendants deny each and every allegation contained in Paragraph 41 of the Complaint.

42.     Beam defendants deny each and every allegation contained in Paragraph 42 of the Complaint.

43.     Beam defendants deny each and every allegation contained in Paragraph 43 of the Complaint, except Beam defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence therein.

44.     Beam defendants deny each and every allegation contained in Paragraph 44 of the Complaint.

45.     Beam defendants deny each and every allegation contained in Paragraph 45 of the Complaint, except admit that Plaintiff and the putative California Class seek the relief described therein, but deny that Plaintiff or the putative California Class are entitled to any such recovery.

## SECOND CAUSE OF ACTION

### (False Advertising in Violation of Cal. Bus. & Prof. Code §17500, *et seq.*)

46.     Beam defendants repeat and incorporate their responses to the allegations contained in Paragraphs 1 through 45 of the Complaint as if fully set forth herein.

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071  (213) 892-1000

47.     Beam defendants deny each and every allegation contained in Paragraph 47 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

48.     Beam defendants deny each and every allegation contained in Paragraph 48 of the Complaint.

49.     Beam defendants deny each and every allegation contained in Paragraph 49 of the Complaint.

50.     Beam defendants deny each and every allegation contained in Paragraph 50 of the Complaint.

51.     Beam defendants deny each and every allegation contained in Paragraph 51 of the Complaint.

52.     Beam defendants deny each and every allegation contained in Paragraph 52 of the Complaint.

53.     Beam defendants deny each and every allegation contained in Paragraph 53 of the Complaint, except admit that Plaintiff and the putative California Class seek the relief described therein, but deny that Plaintiff or the putative California Class are entitled to any such recovery.

## THIRD CAUSE OF ACTION

### (Violation of The Unfair Competition Law ("UCL"),

### Cal. Bus. & Prof. Code §17200, *et seq.*)

54.     Beam defendants repeat and incorporate their responses to the allegations contained in Paragraphs 1 through 53 of the Complaint as if fully set forth herein.

55.     Beam defendants deny each and every allegation contained in Paragraph 55 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

- 10 -

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

56.     California Business & Professions Code, § 17200 speaks for itself and, thus, no response is required; to the extent an answer is required, Beam defendants deny each and every allegation contained in Paragraph 56 of the Complaint.

57.     California's Sherman Food, Drug and Cosmetic Law, Article 6, §110660 speaks for itself and, thus, no response is required; to the extent an answer is required, Beam defendants deny each and every allegation contained in Paragraph 57 of the Complaint.

58.     Beam defendants deny each and every allegation contained in Paragraph 58 of the Complaint.

59.     Beam defendants deny each and every allegation contained in Paragraph 59 of the Complaint.

60.     Beam defendants deny each and every allegation contained in Paragraph 60 of the Complaint.

61.     Beam defendants deny each and every allegation contained in Paragraph 61 of the Complaint.

62.     Beam defendants state that Paragraph 62 of the Complaint does not contain an averment of fact to which an answer is required; to the extent an answer is required, Beam defendants deny each and every allegation contained therein.

63.     Beam defendants deny each and every allegation contained in Paragraph 63 of the Complaint.

64.     Beam defendants deny each and every allegation contained in Paragraph 64 of the Complaint.

65.     Beam defendants deny each and every allegation contained in the first sentence of Paragraph 65 of the Complaint, except state that California's Business and Professions Code § 17200 *et seq*. speaks for itself.  Beam defendants state that the second sentence of Paragraph 65 of the Complaint does not contain an averment of fact to which an answer is required; to the extent an answer is required, Beam defendants deny each and every allegation contained therein.

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

66.     Beam defendants deny each and every allegation contained in Paragraph 66 of the Complaint, except admit that Plaintiff and the putative California Class seek the relief described therein, but deny that Plaintiff or the putative California Class are entitled to any such recovery.

## FOURTH CAUSE OF ACTION

### (Violation of the Consumers Legal Remedies Act,
### California Civil Code § 1750, *et seq.*)

67.     Beam defendants repeat and incorporate their responses to the allegations contained in Paragraphs 1 through 66 of the Complaint as if fully set forth herein.

68.     Beam defendants deny each and every allegation contained in Paragraph 68 of the Complaint, except admit that Plaintiff purports to bring this action as a class action and define a putative class, but deny that this lawsuit is appropriate for class certification.

69.     Beam defendants deny each and every allegation contained in Paragraph 69 of the Complaint, except admit that Plaintiff and the putative California Class purport to bring this action pursuant to the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq.*, but deny that Plaintiff is entitled to recover pursuant to that statute.

70.     Beam defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint.

71.     Beam defendants deny each and every allegation contained in Paragraph 71 of the Complaint.

72.     Beam defendants deny each and every allegation contained in Paragraph 72 of the Complaint.

73.     Beam defendants deny each and every allegation contained in Paragraph 73 of the Complaint, except admit that Plaintiff and the putative

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1  California Class seek the relief described therein, but deny that Plaintiff or the

2  putative California Class are entitled to any such recovery.

3        74.    Beam defendants deny each and every allegation contained in the first

4  sentence of Paragraph 74 of the Complaint, except Beam Global admits that it

5  received a letter from counsel for Plaintiff and the other members of the putative

6  classes addressed to it and states that the content of that letter speaks for itself.

7  Beam defendants lack knowledge or information sufficient to form a belief as to the

8  truth of the allegations contained in the second sentence of Paragraph 74 of the

9  Complaint.

10                          **FIFTH CAUSE OF ACTION**

11                          **(Breach of Express Warranty)**

12        75.    Beam defendants repeat and incorporate their responses to the

13  allegations contained in Paragraphs 1 through 74 of the Complaint as if fully set

14  forth herein.

15        76.    Beam defendants deny each and every allegation contained in

16  Paragraph 76 of the Complaint.

17        77.    Beam defendants deny each and every allegation contained in

18  Paragraph 77 of the Complaint.

19        78.    Beam defendants deny each and every allegation contained in

20  Paragraph 78 of the Complaint.

21        79.    Beam defendants deny each and every allegation contained in the

22  Paragraph 79 of the Complaint, except Beam Global admits that it received a letter

23  from counsel for Plaintiff and the other members of the putative classes addressed

24  to it and states that the content of that letter speaks for itself.

25                          **SIXTH CAUSE OF ACTION**

26                  **(Restitution Based On Quasi-Contract/Unjust Enrichment)**

27        80.    Beam defendants repeat and incorporate their responses to the

28  allegations contained in Paragraphs 1 through 79 of the Complaint as if fully set

- 13 -

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

1   forth herein.  Beam defendants admit that Plaintiff purports to bring this action as a
2   class action and define a putative class, but deny that this lawsuit is appropriate for
3   class certification.  Except as expressly admitted, Beam defendants deny the
4   allegations contained in Paragraph 80 of the Complaint.
5     81.   Beam defendants deny each and every allegation contained in
6   Paragraph 81 of the Complaint.
7     82.   Beam defendants deny each and every allegation contained in
8   Paragraph 82 of the Complaint, except admit that Plaintiff and the putative classes
9   seek the relief described therein, but deny that Plaintiff or the putative classes are
10  entitled to any such recovery.
11    AS TO PLAINTIFF'S PRAYER FOR RELIEF, Beam defendants deny that
12  Plaintiff is entitled to any of the relief sought under any of the claims she asserts in
13  the Complaint.
14    AS TO PLAINTIFF'S DEMAND FOR JURY TRIAL, Beam defendants
15  likewise demand a jury trial in this action for all issues so triable.

16  <u>**AFFIRMATIVE DEFENSES**</u>

17  <u>**FIRST DEFENSE**</u>

18  **(Failure To State A Claim)**

19    Plaintiff and putative class members fail to state a claim upon which relief
20  can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

21  <u>**SECOND DEFENSE**</u>

22  **(Not Proper Class Action)**

23    Plaintiff's and putative class members' claims alleged in the Complaint may
24  not be properly certified or maintained as a class action.

25  <u>**THIRD DEFENSE**</u>

26  **(Lack of Standing/Capacity)**

27    Plaintiff and putative class members lack standing or capacity, or both, to
28  assert some or all of the claims raised in the Complaint.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

- 14 -

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

## FOURTH DEFENSE

### (Preemption)

Plaintiff's and putative class members' claims are preempted by federal statutory and regulatory law regarding alcohol labels and advertisements, including but not limited to 27 U.S.C. § 205, and/or barred by the Supremacy Clause of the United States Constitution, principals of federalism, and general preemption because the relief sought impermissibly conflicts with and frustrates the purposes of federal regulations and regulatory activity.

## FIFTH DEFENSE

### (Abstention)

Plaintiff's and putative class members' claims should be denied under the equitable doctrine of abstention, because such relief would unreasonably encroach upon federal administrative prerogatives or substitute the Court's oversight for that of federal or state administrative agencies.

## SIXTH DEFENSE

### (First Amendment)

Plaintiff's and putative class members' claims are barred, in whole or in part, by the First Amendment to the United States Constitution and the applicable provisions under the California Constitution that may apply to this lawsuit which protect the rights to freedom of speech.

## SEVENTH DEFENSE

### (No Materiality Or Justifiable Reliance)

Plaintiff's and putative class members' claims are barred, in whole or in part, because any allegedly false statements or omissions allegedly attributable to a Beam defendant (which alleged statements or omissions are denied) were not material and were not detrimentally or justifiably relied upon by Plaintiff or the and putative class members.

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

## EIGHTH DEFENSE

### (Statute of Limitation)

Plaintiff's and putative class members' claims are barred, in whole or in part, by the applicable statutes of limitations and repose.

## NINTH DEFENSE

### (Failure To Allege Statutory Claim)

Plaintiff and putative class members have failed to allege a statutory claim for deceptive and unfair trade practices, and misleading advertising upon which relief can be granted.

## TENTH DEFENSE

### (No Unjust Enrichment)

Plaintiff and putative class members may not recover under a theory of unjust enrichment because Plaintiff and putative class members have failed to allege any cognizable "enrichment" of Beam defendants.

## ELEVENTH DEFENSE

### (Damages Too Speculative And Remote)

Plaintiff's and putative class members' claims are barred, in whole or in part, because the damages sought are too speculative and remote.

## TWELFTH DEFENSE

### (Laches, Estoppel, Waiver, Ratification, Unclean Hands)

Plaintiff's and putative class members' claims are barred, in whole or in part, by the doctrines of laches, estoppel, equitable estoppel, quasi estoppel, waiver, ratification, or unclean hands.

## THIRTEENTH DEFENSE

### (Compliance)

Plaintiff's and putative class members' claims are barred, in whole or in part, because any product by a Beam defendant (including any packaging or labeling of its products) is, and always has been, in compliance with all applicable

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1   governmental regulations at the time such product was manufactured, packaged,

2   labeled and sold.

3                              **FOURTEENTH DEFENSE**

4        **(Conformity With Prevailing Business Practices And Standards)**

5        Plaintiff's and putative class members' claims are barred, in whole or in part,

6   because the alleged conduct of which Plaintiff and putative class members

7   complain comported with the prevailing business practices and standards of the

8   industry at issue.

9                                **FIFTEENTH DEFENSE**

10                                  **(Open And Obvious)**

11       Plaintiff and putative class members are barred from recovering any damages

12  by virtue of the fact that any dangers alleged by Plaintiff and putative class

13  members, if any, were open and obvious, because Plaintiff and the putative class

14  members were aware, or should reasonably have been aware, that products often

15  contain a minute amount of sodium benzoate.

16                                **SIXTEENTH DEFENSE**

17                                   **(No Legal Duty)**

18       Plaintiff's and putative class members' claims are barred, in whole or in part,

19  as to Beam defendants because Beam defendants do not owe a legal duty to

20  Plaintiff and putative class members or, if Beam defendants owed a legal duty to

21  Plaintiff and putative class members, Beam defendants did not breach that duty.

22                              **SEVENTEENTH DEFENSE**

23                                    **(No Privity)**

24       Plaintiff's and putative class members' claims are barred, in whole or in part,

25  because Plaintiff and the putative class members lack privity with the Beam

26  defendants.

27

28

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071  (213) 892-1000

1
2
3
4
5

## EIGHTEENTH DEFENSE

### (No Actionable Injury Or Proximate Cause)

Plaintiff's and putative class members' claims are barred, in whole or in part, because neither Plaintiff nor putative class members suffered any actionable injury or because such injury was not proximately caused by Beam defendants.

6
7

## NINETEENTH DEFENSE

### (Alleged Injury Caused By Others)

8
9
10
11
12

To the extent Plaintiff and putative class members allege that they were injured or damaged, which injuries and damages are denied, the injuries and damages were caused solely by acts, wrongs, or omissions of persons, entities, forces, or things over which Beam defendants have no control and for which Beam defendants are not legally responsible.

13
14

## TWENTIETH DEFENSE

### (No Joint And Several Liability)

15
16
17
18

Plaintiff and putative class members are not entitled to relief jointly and severally and Beam defendants are not jointly and severally liable with any other Defendant or any other person or entity with respect to the claims asserted by Plaintiff and putative class members.

19
20

## TWENTY-FIRST DEFENSE

### (Good Faith, Privilege, Justification)

21
22
23
24

Plaintiff's and putative class members' claims are barred, in whole or in part, because the acts or omissions alleged to have been performed by the Beam defendants, or either of them, if performed at all, were done in good faith and/or were privileged or justified.

25
26

## TWENTY-SECOND DEFENSE

### (No Harm Or Damages Suffered)

27
28

Plaintiff's and putative class members' claims are barred, in whole or in part, because neither Plaintiff nor any other member of the putative class has

- 18 -

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

1  suffered actual harm, injury in fact, or lost money or property as a result of a

2  violation of California Business & Professions Code Section 17200, *et seq.*, or

3  under any other cause of action in this case.

### TWENTY-THIRD DEFENSE

### (Business Necessity)

6  Plaintiff's and putative class members' claims are barred, in whole or in part,

7  because the acts or omissions alleged to have been performed by the Beam

8  defendants, if performed at all, were performed in accordance with business

9  necessity and for legitimate reasons.

### TWENTY-FOURTH DEFENSE

### (Voluntary Payment)

12  Plaintiff's and putative class members' claims are barred, in whole or in part,

13  by the doctrine of voluntary payment.

### TWENTY-FIFTH DEFENSE

### (Failure To Comply With Civil Code Section 1782)

16  Plaintiff's and putative class members' lack standing to pursue some of all of

17  the claims for failure to comply with California Civil Code Section 1782.

### TWENTY-SIXTH DEFENSE

### (Offset And Set-Off)

20  To the extent Plaintiff and/or the putative class members are entitled to any

21  relief, the Beam defendants are entitled to an offset or set off of such relief for the

22  value of the benefits that Plaintiff and the putative class members received.

### TWENTY-SEVENTH DEFENSE

### (Due Process)

25  Plaintiff's and putative class members' claims violate the due process

26  provision of the United States Constitution and the correlative provisions of the

27  California Constitution and the constitutions of the other 49 states to the extent that

28

ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

they seek to deprive the Beam defendants of procedural and substantive safeguards, including traditional defenses to liability.

### TWENTY-EIGHTH DEFENSE

### (Adequate Remedy At Law)

Plaintiff's and putative class members' claims for injunctive and equitable relief are barred because there is an adequate remedy at law.

### TWENTY-NINTH DEFENSE

### (Failure To Mitigate)

Plaintiff's and putative class members' claims are barred, in whole or in part, by failure to mitigate.

### THIRTIETH DEFENSE

### (Defenses Recognized In Other Jurisdictions)

To the extent that the laws of other jurisdictions apply, Beam defendants invoke each and every statutory and common law defense available to it under the laws of each of the other forty-nine states, and the District of Columbia, of the United States with respect to each of the claims alleged in the Complaint that is recognized in that jurisdiction.

### THIRTY-FIRST DEFENSE

### (Defenses Asserted By Others)

Beam defendants adopt and incorporate by reference, as if set forth fully herein, any defense asserted by any other Defendant in this action to the extent that such defense applies to Beam defendants.

### RESERVATION OF DEFENSES

Beam defendants hereby gives notice that they intend to rely upon any other defenses that may become available or appear during the proceedings in this case and hereby reserve their right to amend their Answer to assert any such defense. Beam defendants also reserve their right to assert other and related defenses as may become available in the event of a determination that this action, or some part

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

1  thereof, is governed by the substantive law of a state other than California.  Beam

2  defendants intend to require Plaintiff to carry her burden of proof on every element

3  of Plaintiff's claims.  Beam defendants therefore reserve the right to assert by

4  motion or at trial denials as to Plaintiff's ability to prove the required elements of

5  her claims.  In the event that any affirmative defense asserted by Beam defendants

6  is determined by the Court to be a denial rather than an affirmative defense, the

7  burden of proof shall not shift to Beam defendants on such matters merely because

8  the matter has been pleaded as an affirmative defense rather than a denial.

9  ### PRAYER FOR RELIEF

10      WHEREFORE, having fully answered Plaintiff's Complaint, Beam

11  defendants pray that this Complaint be dismissed with prejudice; that judgment be

12  rendered in favor of Beam defendants; that Beam defendants recover their

13  attorneys' fees and expenses; and that Beam defendants have such other and further

14  relief as this Court deems just and proper.

16  Dated: October 27, 2011

17                                CHADBOURNE & PARKE LLP

19                                By _____/s/ Robin D. Ball_____

20                                      ROBIN D. BALL
                                      Attorneys for Defendants BEAM
21                                GLOBAL SPIRITS & WINE LLC and
                                      JIM BEAM BRANDS CO.

- 21 -
ANSWER & AFFIRM. DEFENSES OF BEAM GLOBAL SPIRITS & WINE LLC AND JIM BEAM BRANDS CO.