RICK L. SHACKELFORD (SBN 151262)
shackelfordr@gtlaw.com
ROBERT J. HERRINGTON (SBN 234417)
herringtonr@gtlaw.com
MATTHEW R. GERSHMAN (SBN 253031)
gershmanm@gtlaw.com
**GREENBERG TRAURIG, LLP**
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
*Attorneys for Defendants,*
*Skinny Girl Cocktails, L.L.C. and*
*SGC Global, L.L.C.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. CV11-7305-JAK (PJWx)<br><br>**DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF DEFENDANTS SKINNY GIRL COCKTAILS, L.L.C. AND SGC GLOBAL, L.L.C.'S MOTION TO DISMISS COMPLAINT** |

I, ROBERT J. HERRINGTON, declare and state:

1.      I am a shareholder at the law firm of Greenberg Traurig, LLP, counsel of record for Defendants  Skinny Girl Cocktails, L.L.C. and  SGC Global, L.L.C. ("Skinny Girl Defendants").  I make this declaration in support of the Skinny Girl Defendants Motion to Dismiss.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would competently testify concerning such matters.

2.      On October 21, 2011, I sent Plaintiff's counsel (Majed Nachawati) an email outlining the arguments supporting the Skinny Girl Defendants' anticipated motion to dismiss. During the week of October 24, 2011, I spoke to Mr. Nachawati several times regarding my October 21 email and he indicated Plaintiff intended to oppose the motion to dismiss.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true

and correct.  Executed this 27th day of October, 2011, in Santa Monica, California.

/S/ Robert J. Herrington
ROBERT J. HERRINGTON

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MOTION TO DISMISS
DEN 97,643,990v1 135474.010200