RICK L. SHACKELFORD (SBN 151262)
*shackelfordr@gtlaw.com*
ROBERT J. HERRINGTON (SBN 234417)
*herringtonr@gtlaw.com*
MATTHEW R. GERSHMAN (SBN 253031)
*gershmanm@gtlaw.com*
**GREENBERG TRAURIG, LLP**
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
*Attorneys for Defendants,*
*Skinny Girl Cocktails, L.L.C. and*
*SGC Global, L.L.C.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. CV11-7305-JAK (PJWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SKINNY GIRL COCKTAILS, L.L.C. AND SGC GLOBAL, L.L.C.'S MOTION TO DISMISS COMPLAINT** |

# [PROPOSED] ORDER

Having considered Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.'s ("Skinny Girl Defendants") Motion to Dismiss the Complaint, the Court hereby **GRANTS** the Motion pursuant to Federal Rule of Civil Procedure 9(b). *See Kearns v. Ford Motor Co.*, 567 F.3d 1120 (9th Cir. 2009). The Skinny Girl Defendants are hereby **DISMISSED** from this case.

**IT IS SO ORDERED.**

DATED: _____          _____
                           Hon. John A. Kronstadt
                           United States District Court Judge

Respectfully submitted by,

RICK L. SHACKELFORD (SBN 151262)
*shackelfordr@gtlaw.com*
ROBERT J. HERRINGTON (SBN 234417)
*herringtonr@gtlaw.com*
MATTHEW R. GERSHMAN (SBN 253031)
*gershmanm@gtlaw.com*
**GREENBERG TRAURIG, LLP**
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
*Attorneys for Defendants,
Skinny Girl Cocktails, L.L.C. and
SGC Global, L.L.C.*