RICK L. SHACKELFORD (SBN 151262)
ROBERT J. HERRINGTON (SBN 234417)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:     *ShackelfordR@gtlaw.com*
           *HerringtonR@gtlaw.com*

Attorneys for Defendants
Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | CASE NO. CV11-7305 JAK (PJNx)<br><br>**SKINNY GIRL COCKTAILS, L.L.C. AND SGC GLOBAL, L.L.C.'S NOTICE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 7.1-1**<br><br>Judge:          Hon. John A. Kronstadt<br>Action Filed:  September 6, 2011 |

Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C. (together "Skinny Girl"), submit the following Notice of Interested Parties pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1.  The undersigned, counsel of record for Skinny Girl, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Valiant Insurance Company, Torus Specialty Insurance Company, Castlepoint Insurance Company.

DATED:  October 28, 2011             GREENBERG TRAURIG, LLP


By: //s//: Robert J. Herrington
Robert J. Herrington
Attorneys for Defendants,
Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C.