Daniel R. Tamez, Esq. (Bar No. 216619)
**GNAU & TAMEZ LAW GROUP, LLP**
707 Broadway, Suite 1700
San Diego, CA 92101
danieltamez@sdinjuryattorney.com
Tel: (619) 446-6736
Fax: (619) 684-3500

Nabil Majed Nachawati, II (admitted Pro Hac Vice)
**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
mn@fnlawfirm.com
Tel: (214) 890-0711
Fax: (214) 890-0712

R. Dean Gresham (admitted Pro Hac Vice)
Jennifer Weber Johnson (admitted Pro Hac Vice)
**GRESHAM PC – ATTORNEYS AT LAW**
2311 Cedar Springs Rd., Suite 200
Dallas, TX 75219
dgresham@greshampc.com
jjohnson@greshampc.com
Tel: (214) 420-9995
Fax: (214) 526-5525

*ATTORNEYS FOR PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | CASE NO.: 2:11-cv-07305-JAK (PJWx)<br><br>**NOTICE OF POSSIBLE TRANSFER AND HEARING** |

PLEASE TAKE NOTICE that on September 22, 2011 Plaintiff Collette Von Kaenel filed her *Motion for Transfer of Actions to the Central District of California, or in the Alternative, to the District of New Jersey, Pursuant to 28 U.S.C. §1407 for Consolidated or Coordinated Pretrial Proceedings* with the Judicial Panel on Multidistrict Litigation ("JPML").[1] The JPML has set the matter for hearing on December 1, 2011 at the Tomochichi United States Courthouse, 3rd Floor Courtroom, 125 Bull Street, Savannah, Georgia 31402.[2] Plaintiff will update the Court as to the status of said transfer once a ruling has been entered by the JPML.

Dated: October 31, 2011.

By: /s/ Jennifer Weber Johnson
R. Dean Gresham (admitted Pro Hac Vice)
Jennifer Weber Johnson (admitted Pro Hac Vice)
**GRESHAM PC – ATTORNEYS AT LAW**
2311 Cedar Springs Rd., Suite 200
Dallas, TX 75219
dgresham@greshampc.com
jjohnson@greshampc.com
Tel: (214) 420-9995
Fax: (214) 526-5525

Daniel R. Tamez, Esq. (Bar No. 216619)
**GNAU & TAMEZ LAW GROUP, LLP**
707 Broadway, Suite 1700
San Diego, CA 92101
danieltamez@sdinjuryattorney.com
Tel: (619) 446-6736
Fax: (619) 684-3500

Nabil Majed Nachawati, II (admitted Pro Hac Vice)
**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
mn@fnlawfirm.com
Tel: (214) 890-0711
Fax: (214) 890-0712

**ATTORNEYS FOR PLAINTIFF**

---

[1] *See* Motion for Transfer, attached hereto as Exhibit "A."
[2] *See* Notice of Hearing Session, attached hereto as Exhibit "B."

**PROOF OF SERVICE**

I, the undersigned counsel, hereby certify that on October 31, 2011, I filed a true and correct copy of the foregoing *Notice of Possible Transfer and Hearing* with the Court via its CM/ECF system which will send electronic notice to the following counsel of record appearing in this matter:

Robin D. Ball (rball@chadbourne.com)
Susan M. St. Denis (sst.denis@chadbourne.com)
Chadbourne & Parke LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
(213) 892-1000 - Telephone
(213) 892-2045 – Facsimile

*Attorneys for Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co.*

Rick L. Shackelford (shackelfordr@gtlaw.com)
Robert J. Herrington (herringtonr@gtlaw.com)
Matthew R. Gershman (gershmanm@gtlaw.com)
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90505
(310) 586-7700 – Telephone
(310) 586-7800 - Facsimile

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C And SGC Global, L.L.C*

                                              _/s/ Jennifer Weber Johnson_____
                                              JENNIFER WEBER JOHNSON