Donald I Strauber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
T:  (212) 408-5100
dstrauber@chadbourne.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>LACV11-7305 JAK (PJW)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____Donald I Strauber_____, of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY  10112
*Applicant=s Name*                                        *Firm Name / Address*

_____(212) 408-5100_____                        _____dstrauber@chadbourne.com_____
*Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person _____Beam Global Spirits & Wine, Inc., and Jim Beam Brands Co._____

and the designation of _____Robin D. Ball (State Bar No. 159698)_____
*Local Counsel Designee /State Bar Number*

of  Chadbourne & Parke LLP, 350 South Grand Avenue, 32nd Floor, Los Angeles, CA  90071
*Local Counsel Firm / Address*

_____(213) 892-1000_____                        _____rball@chadbourne.com_____
*Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                                                  U. S. District Judge/U.S. Magistrate Judge