# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-07305 JAK (PJWx) | Date | November 1, 2011 |
| Title | Colette Von Kaenel v. Skinny Girl Cocktails, LLC, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING STATUS CONFERENCE RE TRANSFER TO MDL**

The Court has reviewed Plaintiff's notice, filed October 31, 2011 regarding the possible transfer to the MDL. Defendant's motion to dismiss (Dkt. 26) is taken off calendar and the Court sets a status conference regarding the transfer to the MDL for January 30, 2012 at 1:30 p.m. Counsel shall file a status report no later than January 23, 2012, at which time the Court will determine if the January 30, 2012 hearing is necessary.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak