Mary T. Yelenick
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112
T. (212) 408-5100
myelenick@chadbourne.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SKINNY GIRL COCKTAILS, L.L.C., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>LACV11-7305 JAK (PJW)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Mary T. Yelenick                                          , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Beam Global Spirits & Wine, Inc., and Jim Beam Brands Co.  by whom I have been retained.

My business information is:
Chadbourne & Parke LLP
*Firm Name*

30 Rockefeller Plaza
*Street Address*

New York, NY 10112                     myelenick@chadbourne.com
*City, State, Zip*                              *E-Mail Address*

(212) 408-5100                              (212) 541-5369
*Telephone Number*                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| New York Appellate Division - Second Department | 1982 |
| United States District Court for the Southern District of New York | 1982 |
| United States District Court for the Eastern District of New York | 1982 |
| United States District Court for the District of Columbia | 1980 |
| Supreme Court of the United States | 1992 |

*See attached Addendum to Application of Non-Resident Attorney to Appear in a Specific Case*

# ADDENDUM TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

In addition to the courts listed on page 1 of the Application of Non-Resident Attorney to Appear in a Specific Case, I, Mary T. Yelenick, am a member in good standing and eligible to practice in the United States Court of Appeals for the Second Circuit (2010), United States Court of Appeals for the Fourth Circuit (2006), United States Court of Appeals for the Fifth Circuit (1995), and the United States Court of Appeals for the District of Columbia (1981).  Although I am admitted to practice and am a member in good standing in the District of Columbia (1979), I am currently inactive.  I have not been denied admission to nor have I been subject to discipline by any Court.

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Robin D. Ball  as local counsel, whose business information is as follows:

Chadbourne & Parke LLP
*Firm Name*

350 South Grand Avenue, 32nd Floor
*Street Address*

Los Angeles, CA  90071            rball@chadbourne.com
*City, State, Zip*                *E-Mail Address*

(213) 892-1000                  (213) 892-2045
*Telephone Number*              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  Oct. 28, 2011

Mary T. Yelenick
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  Nov. 1, 2011

Robin D. Ball
*Designee's Name (please print)*

*Designee's Signature*

159698
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

G-64 (11/10)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 2 of 2



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Matthew G. Kiernan, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Mary T. Yelenick** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27th day of January 1982, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 28, 2011.



Matthew G. Kiernan
Clerk of the Court