Daniel R. Tamez, Esq. (Bar No. 216619)
**GNAU & TAMEZ LAW GROUP, LLP**
707 Broadway, Suite 1700
San Diego, CA 92101
danieltamez@sdinjuryattorney.com
Tel: (619) 446-6736
Fax: (619) 684-3500

Nabil Majed Nachawati, II (admitted Pro Hac Vice)
**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
mn@fnlawfirm.com
Tel: (214) 890-0711
Fax: (214) 890-0712

R. Dean Gresham (admitted Pro Hac Vice)
**GRESHAM PC – ATTORNEYS AT LAW**
2311 Cedar Springs Rd., Suite 200
Dallas, TX 75219
dgresham@greshampc.com
jjohnson@greshampc.com
Tel: (214) 420-9995
Fax: (214) 526-5525

*ATTORNEYS FOR PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | CASE NO.: 2:11-cv-07305-JAK (PJWx)<br><br>**NOTICE OF JPML DECISION DENYING TRANSFER** |

PLEASE TAKE NOTICE THAT on December 1, 2011 the Judicial Panel on Multidistrict Litigation ("JPML") heard oral argument on Plaintiff Collette Von Kaenel's *Motion for Transfer of Actions to the Central District of California, or in the Alternative, to the District of New Jersey, Pursuant to 28 U.S.C. §1407 for Consolidated or Coordinated Pretrial Proceedings*. On December 14, 2011 the JMPL issued an Order Denying Transfer.[1]

Dated: December 15, 2011.

By:  */s/ R. Dean Gresham*
R. Dean Gresham (admitted Pro Hac Vice)
**GRESHAM PC – ATTORNEYS AT LAW**
2311 Cedar Springs Rd., Suite 200
Dallas, TX 75219
dgresham@greshampc.com
Tel: (214) 420-9995
Fax: (214) 526-5525

Daniel R. Tamez, Esq. (Bar No. 216619)
**GNAU & TAMEZ LAW GROUP, LLP**
707 Broadway, Suite 1700
San Diego, CA 92101
danieltamez@sdinjuryattorney.com
Tel: (619) 446-6736
Fax: (619) 684-3500

Nabil Majed Nachawati, II (admitted Pro Hac Vice)
**FEARS | NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
mn@fnlawfirm.com
Tel: (214) 890-0711
Fax: (214) 890-0712

**ATTORNEYS FOR PLAINTIFF**

---

[1] See *Order Denying Transfer*, attached hereto as Exhibit "1."

## PROOF OF SERVICE

I, the undersigned counsel, hereby certify that on December 15, 2011, I filed a true and correct copy of the foregoing *Notice of JPML Decision Denying Transfer* with the Court via its CM/ECF system which will send electronic notice to the following counsel of record appearing in this matter:

Robin D. Ball (rball@chadbourne.com)
Susan M. St. Denis (sst.denis@chadbourne.com)
Chadbourne & Parke LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
(213) 892-1000 - Telephone
(213) 892-2045 – Facsimile

*Attorneys for Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co.*

Rick L. Shackelford (shackelfordr@gtlaw.com)
Robert J. Herrington (herringtonr@gtlaw.com)
Matthew R. Gershman (gershmanm@gtlaw.com)
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90505
(310) 586-7700 – Telephone
(310) 586-7800 - Facsimile

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C And SGC Global, L.L.C*

                               /s/ R. Dean Gresham
                                R. DEAN GRESHAM