**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV11-07305 JAK (PJWx) | Date | December 16, 2011 |
|---|---|---|---|
| Title | Colette Von Kaenel v. Skinny Girl Cocktails, LLC, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) ORDER SETTING SCHEDULING CONFERENCE**

Pursuant to the Judicial Panel on Multidistrict Litigation's December 14, 2011 Order denying the transfer to MDL No. 2306, the January 30, 2012 status conference will proceed by way of a scheduling conference. Counsel shall file a Rule 16 joint report by January 20, 2012.

**IT IS SO ORDERED.**

:

Initials of Preparer     ak