# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-07305 JAK (PJWx) | Date | December 23, 2011 |
| Title | Colette Von Kaenel v. Skinny Girl Cocktails, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS COMPLAINT (Dkt. 26)**

The Court puts the above-referenced motion back on calendar for March 19, 2012 at 8:30 a.m. Plaintiff's opposition shall be filed no later than February 27, 2012, with any reply to be filed by March 5, 2012.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak