Name and address:
Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham #5
Little Rock, AR 72227
Phone: 501.907.7000
Email: rwalden@waldenlawfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated, Plaintiff(s) | CASE NUMBER 2:11-cv-07305-JAK (PJWx) |
| v. SKINNY GIRL COCKTAILS, L.L.C., et al. Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

**A CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Rich Walden, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Colette Von Kaenel by whom I have been retained.

My business information is:

Walden Law Firm, PLLC
*Firm Name*

10121 N. Rodney Parham #5
*Street Address*

Little Rock, AR 72227
*City, State, Zip*

rwalden@waldenlawfirm.com
*E-Mail Address*

501.907.7000
*Telephone Number*

888.220.7933
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| The Arkansas Bar | 4/12/06 |
| U.S. District Court, Eastern/Western District of Arkansas | 10/23/06 |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| 2:11-cv-08807-R-PJW | Cooper, et al. v. Twentieth Century | 11/2/11 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

N.A.

I designate Daniel R. Tamez as local counsel, whose business information is as follows:

Gnau & Tamez Law Group, LLP
*Firm Name*

707 Broadway, Suite 1700
*Street Address*

San Diego, CA 92101
*City, State, Zip*

danieltamez@sdinjuryattorney.com
*E-Mail Address*

619/446-6736
*Telephone Number*

619/684-3500
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated December 20, 2011

Rich Walden
*Applicant's Name (please print)*

[signature]
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated December , 2011

Daniel R. Tamez
*Designee's Name (please print)*

*Designee's Signature*

216619
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

*Supreme Court*

***State of Arkansas***

*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Richard Earl Walden was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on April 12, 2006; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 20th day of December, 2011.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By Rose Allen, DC
Deputy Clerk

Name & Address:
Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham #5
Little Rock, AR 72227
Phone: 501.907.7000
Email: rwalden@waldenlawfirm.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated, Plaintiff(s) | CASE NUMBER: 2:11-cv-07305-JAK (PJWx) |
| v. SKINNY GIRL COCKTAILS, LLC, et al. Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of Richard E. Walden (*Applicant's Name*), of Walden Law Firm, PLLC, 10121 N. Rodney Parham #5, Little Rock, AR 72227 (*Firm Name / Address*)

501.907.7000 (*Telephone Number*) rwalden@waldenlawfirm.com (*E-mail Address*)

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant

☐ Intervener or other interested person ______

and the designation of Daniel R. Tamez (*Local Counsel Designee /State Bar Number*)

of Gnau & Tamez Law Group, LLP, 707 Broadway, Suite 1700, San Diego, California 92101 (*Local Counsel Firm / Address*)

619.446.6736 (*Telephone Number*) danieltamez@sdinjuryattorney.com (*E-mail Address*)

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated ______

______
U. S. District Judge/U.S. Magistrate Judge

WALDEN
LAW FIRM, PLLC

Wednesday, December 21, 2011

Daniel R. Tamez, Esq
Gnau & Tamez Law Group, LLC
707 Broadway, Suite 1700
San Diego, CA 92101

**Re:** ***Colette Von Kaenel v. Skinny Girl Cocktails, LLC, SGC Global, LLC, Beam Global Spirits & Wine, Inc. and Jim Beam Brands Co.***
***United States District Court For Central District of California***
***Case No. 2:11-cv-07303-JAK (PJWx)***

Dear Daniel:

Please find enclosed the original, executed Application for Non-Resident Attorney and Order for myself. Also, enclosed is an original Certificate of Good Standing and check number 1121 in the amount of $325.00 for the filing fee.

Should you have any questions or concerns, please do not hesitate to contact my office. Thank you.

Sincerely,

Richard Walden

Richard E. Walden

cc: Majed Nachawati, Esq (w/o encls.)
R. Dean Gresham, Esq. (w/o. encls.)
Mark Dearman, Esq. (w/o encls.)

rwalden@waldenlawfirm.com
P: 501.907.700 F: 888.220.7933 10121 N. Rodney Parham #5 Little Rock, AR 72227