Name and address:
STUART A. DAVIDSON
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SKINNY GIRL COCKTAILS, L.L.C., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:11-cv-07305-JAK (PJWx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A CERTIFICATE OF GOOD STANDING for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, STUART A. DAVIDSON, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Colette Von Kaenel by whom I have been retained.

My business information is:
Robbins Geller Rudman & Dowd LLP
*Firm Name*
120 E. Palmetto Park Road, Suite 500
*Street Address*
Boca Raton, FL 33432
*City, State, Zip*
sdavidson@rgrdlaw.com
*E-Mail Address*
561/750-3000
*Telephone Number*
561/750-3364
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| The Florida Bar (Bar No. 084824) | 9/26/96 |
| U.S. District Court, Southern District of Florida | 10/24/97 |
| U.S. District Court, Middle District of Florida | 9/20/01 |
| U.S. District Court, Northern District of Florida | 1/11/02 |

**See Attached Schedule A**

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV-09-03418-R | Gutierrez v. The Home Depot | 5/21/09 | Granted |
| SACV10-00061 JVS | Johnson v. General Mills, et al. | 4/20/11 | Granted |
| CV11-8807-R (PJWx) | Cooper v. Twentieth Century Fox, et al. | 11/2/11 | Granted |
| SACV11-00696-AG(MLGx) | Meyer, et al. v. Colavita USA Inc., et al. | 6/2/11 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:
    N.A.

I designate Daniel R. Tamez as local counsel, whose business information is as follows:

Gnau & Tamez Law Group, LLP
*Firm Name*

707 Broadway, Suite 1700
*Street Address*

San Diego, CA 92101
*City, State, Zip*

danieltamez@sdinjuryattorney.com
*E-Mail Address*

619/446-6736
*Telephone Number*

619/684-3500
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated December 21, 2011

Stuart A. Davidson
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated December   , 2011

Daniel R. Tamez
*Designee's Name (please print)*

*Designee's Signature*
216619
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

**Schedule A**

STUART A. DAVIDSON

| Court | Date Admitted | Number |
|---|---|---|
| U.S. District Court – Northern District of Indiana | 7/22/2009 | N/A |
| U.S. District Court – Southern District of Indiana | 3/17/2010 | N/A |
| U.S. District Court – Northern District of Texas | 12/13/2004 | N/A |
| U.S. District Court – Central District of California | 6/2/2011 | N/A |
| U.S. Court of Appeals – 3rd Circuit | 3/16/2009 | N/A |
| U.S. Court of Appeals – 8th Circuit | 9/8/2004 | N/A |
| U.S. Court of Appeals – 10th Circuit | 8/21/2001 | N/A |
| U.S. Court of Appeals – 11th Circuit | 8/20/2001 | N/A |
| U.S. Supreme Court | 10/1/2001 | N/A |



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
www.FLORIDABAR.org

State of Florida       )

County of Leon        )

In Re:   84824  
Stuart Andrew Davidson  
Robbins Geller Rudman & Dowd, LLP  
120 E. Palmetto Park Rd., Ste. 500  
Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 16th day of December, 2011.

*Willie Mae Shepherd*  
Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/KLCF1:R10