Name & Address:
CULLIN A. O'BRIEN
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000



FILED
CLERK, U.S. DISTRICT COURT

JAN -3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:11-cv-07305-JAK (PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Cullin A. O'Brien , of  Robbins Geller Rudman & Dowd/120 E. Palmetto Road, Ste. 500 Boca Raton, FL

    *Applicant's Name*                                   *Firm Name / Address*

561/750-3000                             cobrien@rgrdlaw.com

    *Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff  ☐ Defendant

☐ Intervener or other interested person  Colette Von Kaenel

and the designation of  Daniel R. Tamez/216619

                                *Local Counsel Designee /State Bar Number*

of  Gnau & Tamez Law Group, LLP, 707 Broadway, Suite 1700, San Diego, CA 92101

                                *Local Counsel Firm / Address*

619/446-6736                         danieltamez@sdinjuryattorney.com

    *Telephone Number*                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  1/3/12

                                          U. S. District Judge/~~U.S. Magistrate Judge~~