Name & Address:
MARK DEARMAN
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| COLETTE VON KAENEL, individually and on behalf of all others similarly situated, Plaintiff(s) v. SKINNY GIRL COCKTAILS, L.L.C., et al. Defendant(s). | CASE NUMBER: 2:11-cv-07305-JAK (PJWx) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Mark Dearman**, of **Robbins Geller Rudman & Dowd/120 E. Palmetto Road, Ste. 500 Boca Raton, FL**
   *Applicant's Name*                              *Firm Name / Address*

**561/750-3000**                                   **mdearman@rgrdlaw.com**
   *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant
☐ Intervener or other interested person **Colette Von Kaenel**

and the designation of **Daniel R. Tamez/216619**
                        *Local Counsel Designee /State Bar Number*

of **Gnau & Tamez Law Group, LLP, 707 Broadway, Suite 1700, San Diego, CA 92101**
   *Local Counsel Firm / Address*

**619/446-6736**                                   **danieltamez@sdinjuryattorney.com**
   *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated **1/3/12**                                   _____
                                                    U. S. District Judge/U.S. Magistrate Judge

LODGED
2011 DEC 28
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY