Name & Address:
STUART A. DAVIDSON
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000



FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:11-cv-07305-JAK (PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Stuart A. Davidson</u>, of <u>Robbins Geller Rudman & Dowd/120 E. Palmetto Road, Ste. 500 Boca Raton, FL</u>
    *Applicant's Name*                                *Firm Name / Address*

<u>561/750-3000</u>                                       <u>sdavidson@rgrdlaw.com</u>
  *Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff    ☐ Defendant

☐ Intervener or other interested person <u>Colette Von Kaenel</u>

and the designation of <u>Daniel R. Tamez/216619</u>
                          *Local Counsel Designee /State Bar Number*

of <u>Gnau & Tamez Law Group, LLP, 707 Broadway, Suite 1700, San Diego, CA 92101</u>
                          *Local Counsel Firm / Address*

<u>619/446-6736</u>                                       <u>danieltamez@sdinjuryattorney.com</u>
  *Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated 1/3/12

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

LODGED
2011 DEC 28 AM 10:35
CLERK U.S. DISTRICT
CENTRAL DIST.
LOS ANGELES
BY

---

G-64 ORDER (11/10)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE