Name & Address:
Richard E. Walden
Walden Law Firm, PLLC
10121 N. Rodney Parham #5
Little Rock, AR 72227
Phone: 501.907.7000
Email: rwalden@waldenlawfirm.com



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SKINNY GIRL COCKTAILS, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:11-cv-07305-JAK (PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Richard E. Walden</u>, of <u>Walden Law Firm, PLLC, 10121 N. Rodney Parham #5, Little Rock, AR 72227</u>
    *Applicant's Name*                                                                           *Firm Name / Address*

<u>501.907.7000</u>                                                    <u>rwalden@waldenlawfirm.com</u>
    *Telephone Number*                                                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff     ☐ Defendant

☐ Intervener or other interested person _____

and the designation of <u>Daniel R. Tamez</u>
                                   *Local Counsel Designee /State Bar Number*

of <u>Gnau & Tamez Law Group, LLP, 707 Broadway, Suite 1700, San Diego, California 92101</u>
                                                    *Local Counsel Firm / Address*

<u>619.446.6736</u>                                               <u>danieltamez@sdinjuryattorney.com</u>
   *Telephone Number*                                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ **DENIED**. Fee shall be returned by the Clerk.

☐ **DENIED**. For failure to pay the required Pro Hac Vice appearance fee.

Dated 1/3/12                  _____
                                                 U. S. District Judge/U.S. Magistrate Judge