| | |
|---|---|
| Dated: January 20, 2012 | Respectfully submitted, |
| | /s/ Robin D. Ball |
| | Robin D. Ball |
| | CHADBOURNE & PARKE LLP |
| | *Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.* |
| | |
| | Nabil Majed Nachawati, II |
| | FEARS | NACHAWATI LAW FIRM |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | Cullin A. O'Brien |
| | Mark Dearman |
| | Robbins Geller Rudman & Dowd LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | R. Dean Gresham |
| | GRESHAM PC – ATTORNEYS AT LAW |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | Daniel R. Tamez |
| | GNAU & TAMEZ LAW GROUP, LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | Rick L. Shackelford |
| | Robert J. Herrington |
| | Matthew R. Gershman |
| | GREENBERG TRAURIG, LLP |
| | *Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.* |

| | | |
|---|---|---|
| Dated: | January 20, 2012 | Respectfully submitted, |

<div style="margin-left:auto">

/s/ Robin D. Ball
_____
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*


_____
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*


_____
Cullin A. O'Brien
Mark Dearman
Robbins Geller Rudman & Dowd LLP

*Attorneys for Plaintiff Colette Von Kaenel*


_____
R. Dean Gresham
GRESHAM PC – ATTORNEYS AT LAW

*Attorneys for Plaintiff Colette Von Kaenel*


_____
Daniel R. Tamez
GNAU & TAMEZ LAW GROUP, LLP

*Attorneys for Plaintiff Colette Von Kaenel*


_____
Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

</div>

| | |
|---|---|
| Dated: January 20, 2012 | Respectfully submitted, |
| | /s/ Robin D. Ball |
| | Robin D. Ball |
| | CHADBOURNE & PARKE LLP |
| | *Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.* |
| | |
| | Nabil Majed Nachawati, II |
| | FEARS | NACHAWATI LAW FIRM |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | Cullin A. O'Brien |
| | Mark Dearman |
| | Robbins Geller Rudman & Dowd LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | R. Dean Gresham |
| | GRESHAM PC – ATTORNEYS AT LAW |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | Daniel R. Tamez |
| | GNAU & TAMEZ LAW GROUP, LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | |
| | Rick L. Shackelford |
| | Robert J. Herrington |
| | Matthew R. Gershman |
| | GREENBERG TRAURIG, LLP |
| | *Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.* |

| | |
|---|---|
| Dated: January 20, 2012 | Respectfully submitted, |
| | /s/ Robin D. Ball |
| | Robin D. Ball |
| | CHADBOURNE & PARKE LLP |
| | *Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.* |
| | Nabil Majed Nachawati, II |
| | FEARS | NACHAWATI LAW FIRM |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | Cullin A. O'Brien |
| | Mark Dearman |
| | Robbins Geller Rudman & Dowd LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | R. Dean Gresham |
| | GRESHAM PC – ATTORNEYS AT LAW |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | Daniel R. Tamez |
| | GNAU & TAMEZ LAW GROUP, LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | Rick L. Shackelford |
| | Robert J. Herrington |
| | Matthew R. Gershman |
| | GREENBERG TRAURIG, LLP |
| | *Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.* |

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 11 -

JOINT RULE 26(F) REPORT

CPAM: 4443724.2

| | |
|---|---|
| Dated: January 20, 2012 | Respectfully submitted, |
| | /s/ Robin D. Ball |
| | Robin D. Ball |
| | CHADBOURNE & PARKE LLP |
| | *Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.* |
| | Nabil Majed Nachawati, II |
| | FEARS | NACHAWATI LAW FIRM |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | Cullin A. O'Brien |
| | Mark Dearman |
| | Robbins Geller Rudman & Dowd LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | R. Dean Gresham |
| | GRESHAM PC – ATTORNEYS AT LAW |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | Daniel R. Tamez |
| | GNAU & TAMEZ LAW GROUP, LLP |
| | *Attorneys for Plaintiff Colette Von Kaenel* |
| | Rick L. Shackelford |
| | Robert J. Herrington |
| | Matthew R. Gershman |
| | GREENBERG TRAURIG, LLP |
| | *Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.* |