```
 1  FEARS | NACHAWATI LAW FIRM
    NABIL MAJED NACHAWATI, II
 2  4925 Greenville Avenue, Suite 715
    Dallas, TX 75206
 3  Telephone: 214/890-0711
    214/890-0712 (fax)
 4  mn@fnlawfirm.com

 5  ROBBINS GELLER RUDMAN & DOWD LLP
    STUART A. DAVIDSON
 6  CULLIN A. O'BRIEN
    MARK DEARMAN
 7  120 E. Palmetto Park Road, Suite 500
    Boca Raton, FL 33432
 8  Telephone:  561/750-3000
    561/750-3364 (fax)
 9  pgeller@rgrdlaw.com
    sdavidson@rgrdlaw.com
10  mdearman@rgrdlaw.com

11  Attorneys for Plaintiff and Proposed Interim Class
    Counsel
12
    [Additional counsel appear on signature page.]
13
                    UNITED STATES DISTRICT COURT
14
                    CENTRAL  DISTRICT OF CALIFORNIA
15
```

| | | |
|---|---|---|
| 16 | COLETTE VON KAENEL, individually and on behalf of all others similarly situated, ) ) ) | Case No. 2:11-cv-07305-JAK-PJW |
| 17 18 | Plaintiff, ) ) ) | NOTICE OF FIRM CHANGE AND MOTION FOR WITHDRAWAL OF APPEARANCE |
| 19 | v. ) ) | |
| 20 21 | SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO., ) ) ) ) | JUDGE:  Honorable John A. Kronstadt |
| 22 | Defendants. ) ) | |

TO:   THE CLERK OF THE COURT, and

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that as of this date, **R. Dean Gresham**, counsel of record for Plaintiff in the above-caption action, has joined the **PAYNE MITCHELL LAW GROUP, LLP** as Of Counsel.  Further, please take notice that **Jennifer W. Johnson**, counsel of record for Plaintiff, is no longer associated with the law firm of GRESHAM PC, is not joining the new firm of PAYNE MITCHELL LAW GROUP, LLP, and consents to the withdrawal of her appearance in this matter and requests that her name be removed from the Master Service List and the CM/ECF system.

The new contact information for **R. Dean Gresham** is as follows:

> **PAYNE MITCHELL LAW GROUP, LLP**
> 2911 Turtle Creek Blvd.
> Suite 1400
> Dallas, Texas 75219
> T: 214.252.1888
> F: 214.252.1889
> dean@paynemitchell.com

Dated:  February 21, 2012

Respectfully submitted,

By:   /s/ R. Dean Gresham
R. Dean Gresham (*admitted pro hac vice*)
Texas Bar No. 24207215
dean@paynemitchell.com
PAYNE MITCHELL LAW GROUP, LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
T: 214.252.1888
F: 214.252.1889

**ATTORNEY FOR PLAINTIFF**

**PROOF OF SERVICE**

I, the undersigned counsel, hereby certify that on February 21, 2012, I filed a true and correct copy of the foregoing *Notice of Firm Change and Motion to Withdrawal* with the Court via its CM/ECF system which will send electronic notice to the following counsel of record appearing in this matter:

Robin D. Ball (rball@chadbourne.com)
Susan M. St. Denis (sst.denis@chadbourne.com)
Chadbourne & Parke LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
(213) 892-1000 - Telephone
(213) 892-2045 – Facsimile

*Attorneys for Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co.*

Rick L. Shackelford (shackelfordr@gtlaw.com)
Robert J. Herrington (herringtonr@gtlaw.com)
Matthew R. Gershman (gershmanm@gtlaw.com)
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90505
(310) 586-7700 – Telephone
(310) 586-7800 - Facsimile

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C And SGC Global, L.L.C*

          */s/ R. Dean Gresham*_____
          R. DEAN GRESHAM

Notice of Firm Change and Motion to Withdrawal    -3-    No: 2:11-cv-07305-JAK-PJW