# EXHIBIT

# 1

FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK DEARMAN
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

Attorneys for Plaintiff and Proposed Interim Class Counsel

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>DECLARATION OF DEAN GRESHAM IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS SKINNY GIRL COCKTAILS, L.L.C. AND SGC GLOBAL, L.L.C.'S MOTION TO DISMISS<br><br>DATE: March 19, 2012<br>CTRM: 750<br>JUDGE: Honorable John A. Kronstadt |

Pursuant to 28 U.S.C. § 1746, I, Dean Gresham, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am a member of the bar of the State of Texas and have been admitted *pro hac vice* by the Court in the above-captioned action and am counsel for Colette Von Kaenel ("Plaintiff").

2. I submit this Declaration in support of *Plaintiff's Request for Judicial Notice in Support of her Memorandum of Points and Authorities in Opposition to Defendants Skinny Girl Cocktails, L.L.C. and SCG Global, L.L.C.'s Motion to Dismiss.*

3. Attached to this Declaration as exhibits are true and correct copies of the following documents:

Exhibit A: Webpages from the Skinnygirl Margarita product website, http://skinnygirlcocktails.com/home.php and http://skinnygirlcocktails.com/about-skinnygirl-margarita.php, as they appeared on November 29, 2010, with the representations that the Skinnygirl Margarita product is "100% Natural," "all natural," and containing "no preservatives." The webpages were printed using the internet archival website, http://web.archive.org,[1] and last visited on February 8, 2012.

Exhibit B: Webpage of the Skinnygirl Margarita product website, http://skinnygirlcocktails.com/home.php, as it appeared on April 29, 2011, with the representation that the Skinnygirl Margarita product is "100% Natural." The webpage was printed using the internet archival website, http://web.archive.org, and last visited on January 16, 2012.

Exhibit C: Screenshot of Skinnygirl Margarita product website, http://skinnygirlcocktails.com/ the-cocktails/margarita, as it appeared on December 22, 2011, no longer containing the "all natural" and "no preservatives" misrepresentations in the product description, but still using a photograph of a Skinnygirl Margarita product labeled as "All Natural."

---

[1] The website http://web.archive.org is operated by a non-profit organization named Internet Archive based in San Francisco, California. The website enables users to see archived and past versions of web pages across various periods of time. As certain web pages are changed, altered, or updated, Internet Archive saves a copy of the previous version in its archives, which can later be accessed to view the web page as it appeared before changes were made.

Exhibit D: March 23, 2011 press release from Beam Global's website announcing its acquisition of the Skinnygirl brand from Skinny Girl as found on Beam's website, http://www.beamglobal.com/news/press-releases/brand/skinnygirl, and last visited on February 8, 2012.

4. I personally visited the Internet website located at http://skinnygirlcocktails.com prior to the filing of the above-captioned lawsuit on September 6, 2011 and reviewed the description of the Skinnygirl Margarita product, which stated:

> At only 100 calories for a full 4 oz serving, natural flavors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequilla, Skinnygirl is the name you can trust.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2012

_____
DEAN GRESHAM