# EXHIBIT 1-A

# SkinnyGirl Margarita - The Margarita you can trust

Sign up for updates

- About Skinnygirl Margarita
- Skinnygirl nights in
- Press
- Where to buy
  - Stores
  - distribution
- Trade
- Contact



100 calories  
100% natural  
Lightly Sweetened with Agave Nectar  
The margarita you can trust

— Created by Bethenny Frankel

- Skinnygirl Friends
- Skinnygirl Video
- Bethenny Chat
- Skinnygirl Bookmark

- About Skinnygirl Margarita
- Skinnygirl nights in
- Press
- Where to get
- Trade
- Contact
- home

@2010 Skinny Girl Cocktails LLC | All rights reserved | DESIGN BY MOXIE

INTERNET ARCHIVE
WayBackMachine
http://skinnygirlcocktails.com/about-skinnygirl-margarita.php    Go    JAN NOV DEC
3 captures                                                              ◀ 29 ▶
29 Dec 09 - 29 Nov 10                                                  2009 2010 2011

# SkinnyGirl Margarita - The Margarita you can trust

Sign up for updates

- About Skinnygirl Margarita
- Skinnygirl nights in
- Press
- Where to buy
    - Stores
    - distribution
- Trade
- Contact

## about Skinnygirl?

"Everyone loves margaritas, but no one wants the guilt or the calories. That's why I created the Skinnygirl Margarita. At only 100 calories for a full 4 oz serving, all natural ingredients, no preservatives or artificial colors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequila, Skinnygirl is the margarita you can trust."

-Bethenny Frankel

The Skinnygirl Margarita was created by Bethenny Frankel, a renowned natural foods chef, author of the New York Times Best Seller, Naturally Thin, and star of Real Housewives of New York City. As a chef and a mixologist, Bethenny is an expert in taking high calorie or otherwise unhealthy foods or cocktails, and making healthier versions of them. In the case of the margarita, this happened to be one of Bethenny's favorite cocktails. She also knew the typical margarita served in a restaurant had over 500 calories in a 4 oz serving. So, she created her own recipe for the margarita, which was silver tequila, the juice from three lime wedges and a tiny splash of Triple Sec. She mentioned this recipe on Real Housewises Season 1, after which the most asked question on the Bravo Web Site was ,"How do I make a Skinnygirl Margarita?" Prepared cocktails were also very high in calories, and were generally made with high fructose corn syrup, yellow dye # 5, preservatives and other ingredients Bethenny would never include in any product she would drink let alone sell. She then realized that there was an opportunity: To create a low-calorie, all-natural prepared margarita for people like her, who are concerned about calories and ingredients, but still want to enjoy a cocktail responsibly.

> "Relationships are about compromise.
> my margaritas aren't."
>
> - *Bethenny Frankel*

- Skinnygirl Friends
- Skinnygirl Video
- Bethenny Chat
- Skinnygirl Bookmark

- About Skinnygirl Margarita
- Skinnygirl nights in
- Press
- Where to get

- Trade
- Contact
- home

@2010 Skinny Girl Cocktails LLC | All rights reserved | DESIGN BY MOXIE