# EXHIBIT 1-B

```
INTERNET ARCHIVE    http://www.skinnygirlcocktails.com/home.php    [Go]    NOV  APR  MAY
WaybackMachine                                                             ◄ 29 ►
4 captures                                                                 2010 2011 2012
25 Jan 10 - 29 Apr 11
```

# SkinnyGirl Margarita - The Margarita you can trust

Sign up for updates

- About Skinnygirl Margarita
- Skinnygirl nights in
- Press
- Where to buy
    - Stores
    - distribution
- Trade
- Contact



100 calories
100% natural
Lightly Sweetened with Agave Nectar
The margarita you can trust

## Skinnygirl
MARGARITA

— Created by Bethenny Frankel

- Skinnygirl Friends
- Skinnygirl Video
- Bethenny Chat
- Skinnygirl Bookmark

- About Skinnygirl Margarita
- Skinnygirl nights in
- Press
- Where to get
- Trade
- Contact
- home

[X] Bethenny.com

@2011 Skinny Girl Cocktails LLC | All rights reserved | DESIGN BY MOXIE