# EXHIBIT 1-C



