# EXHIBIT 1-D

NYSE: BEAMFebruary 08, 201204:03PM ESTStock Price:54.31 Hide



- About
- Brands
- News
- Investors
- Careers
- Responsibility

- Press Releases
- PR Contacts
- Digital Press Kit



## Beam Global Acquires Skinnygirl® Spirits Brand

Company Enhances Premium Portfolio with Innovative, Fast-Growing Brand in Rapidly-Expanding Low-Calorie Cocktail Segment.

## Beam Global Acquires Skinnygirl® Spirits Brand

Deerfield, Illinois, March 21, 2011 – Beam Global Spirits & Wine, the premium spirits business of Fortune Brands (NYSE: FO), today announced it has acquired the Skinnygirl® spirits brand, created by renowned natural foods chef, reality TV star and entrepreneur, Bethenny Frankel. The brand's flagship product, Skinnygirl Margarita™, the spirits industry's fastest growing ready-to-drink (RTD) product in the U.S., is the low-calorie "margarita you can trust."

"We're thrilled to add Skinnygirl to our Beam Global Spirits portfolio," said Bill Newlands, Beam Global's President North America. "Skinnygirl is an innovative premium brand that's growing fast in a rapidly expanding segment. In just the past year, Skinnygirl has built strong consumer equity and momentum, particularly among women seeking convenient, low-calorie premium cocktails. We believe our strong sales and distribution organization will build on this success by bringing Skinnygirl to more consumers and growing this high-quality brand from coast to coast. We're also excited that Skinnygirl offers an excellent platform for further innovation."

Distribution for Skinnygirl, launched in 2009 by Bethenny Frankel and spirits veteran David Kanbar, is currently concentrated in the New York, Florida and New Jersey markets. Annual shipments already exceed 100,000 9-liter cases.

"Beam Global is the right organization to partner with at the right time to take Skinnygirl to the next level in the U.S. and internationally," said Bethenny Frankel, Founder and Chief Creative Officer of Skinnygirl who will continue to serve as the committed brand collaborator, developer and marketer. "As an entrepreneur focused on practical solutions for everyday, I know Beam Global and Skinnygirl share that same vision. I look forward to an exciting future working with the leading American spirits company."

"Skinnygirl offers an excellent high-return opportunity to enhance our portfolio and leverage our scale and agility to accelerate the brand's future growth," Newlands said. "Bethenny is a driven, focused and talented entrepreneur, and we look forward to partnering with her to fully capitalize on Skinnygirl's growth potential."

The financial terms of the transaction were not disclosed. Demeter Group, the San Francisco-based investment bank for growth consumer and retail companies, acted as exclusive financial advisor to Skinny Girl Cocktails.

ABOUT BEAM INC.:

Beam is one of the world's largest premium spirits companies, encompassing a portfolio of nearly 100 brands (including 10 of the world's top-100 premium spirits brands), more than a dozen global operating and commercial facilities and 3,200 employees worldwide. Consumers from all corners of the globe call for our brands, including Jim Beam® Bourbon, Sauza® Tequila, Canadian Club® Whisky, Courvoisier® Cognac, Teacher's® Scotch Whisky, Maker's Mark® Bourbon, Laphroaig® Scotch Whisky, Cruzan® Rum, Hornitos ™ Tequila, EFFEN® Vodka, Larios® Gin, Whisky DYC®, DeKuyper® Cordials, Knob Creek® Bourbon and Skinnygirl® Cocktails. Growth through innovation is a key strategy at Beam Global, with Red Stag by Jim Beam® Bourbon, Cruzan® 9 Spiced Rum, Maker's 46™ Bourbon and Courvoisier® 12 Cognac and Courvoisier® 21 Cognac all being launched as new products over the past two years. Beam is part of Fortune Brands, Inc. (NYSE:FO), a leading consumer brands company.

For more information on Beam Global, its brands, and its commitment to social responsibility, visit www.beamglobal.com and www.drinksmart.com.

AboutHistory Our BrandsLeadershipLocationsCareersMeet Our TeamWhy Work At BeamCareer PathsCareer Opportunities

BrandsInnovation BourbonsWhiskiesTequilas, Rums & VodkasCognacs, Cordials & GinNewsPress ReleasesPR ContactsDigital Press Kit

InvestorsAnnual ReportInvestor InfoQuarterly ResultsWebcasts and PresentationsCorporate GovernanceSpin-Off Info

Contact Us

- 
- 
- 
- 

ResponsibilityResponsible BusinessDrink Smart®PhilanthropyEnvironment



© 2011 Beam Inc., 510 Lake Cook Road, Deerfield, IL 60015. All Rights Reserved.

Global Citizenship PolicyPrivacy PolicyTerms & Conditions