FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK DEARMAN
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

Attorneys for Plaintiff and Proposed Interim Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>NOTICE OF PLAINTIFF'S MOTION AND MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL<br><br>DATE: _____<br>CTRM: _____<br>JUDGE: Honorable John A. Kronstadt |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the matter may be heard, before the Honorable John A. Kronstadt, of the United States District Court for the Central District of California, Plaintiff Collette Von Kaenel ("Plaintiff") will, and hereby does, move this Court for an Order appointing Fears | Nachawati Law Firm ("Fears Nachawati") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Interim Class Counsel, pursuant to Fed. R. Civ. P. 23(g).

Plaintiffs' motion is made on the grounds that Fears Nachawati and Robbins Geller satisfy all the criteria set forth in Federal Rule of Civil Procedure 23(g). More particularly, Plaintiff moves the Court on the grounds that: (1) proposed interim class counsel are geographically diverse and capable of representing Class members throughout the nation; (2) proposed interim class counsel are in the best position to coordinate the prosecution of these proceedings; (3) proposed interim class counsel have performed substantial work to identify and investigate Plaintiff's claims; (4) proposed interim class counsel are two of the most experienced and well-capitalized national law firms handling complex litigation with the types of claims presented in these proceedings; (5) proposed interim class counsel have proven knowledge of the applicable law in this type of litigation; and (6) proposed interim class counsel have significant resources and the willingness and ability to dedicate those resources to these proceedings in order to efficiently advance the litigation in a timely manner.

This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Appointment as Interim Class Counsel and accompanying exhibits, the pleadings filed herein, and such other written or oral argument as may be presented to the Court.

Case No. 2:11-cv-07305-JAK-PJW

| | |
|---|---|
| 1 | |
| 2  DATED: March 5, 2012 | FEARS | NACHAWATI LAW FIRM<br>NABIL MAJED NACHAWATI, II<br>TEXAS BAR NO. 24038319 |
| 3 | |
| 4 | |
| 5 | _s/ Nabil Majed Nachawati, II_<br>NABIL MAJED NACHAWATI, II |
| 6 | |
| 7 | 4925 Greenville Avenue, Suite 715<br>Dallas, TX 75206<br>Tel: (214) 890-0711 |
| 8 | Fax: (214) 890-0712<br>mn@fnlawfirm.com |
| 9 | |
| 10 | Stuart A. Davidson<br>Florida Bar No. 084824<br>Cullin A. O'Brien |
| 11 | Florida Bar No. 597341<br>Mark Dearman |
| 12 | Florida Bar No. 0982407<br>ROBBINS GELLER RUDMAN & DOWD LLP |
| 13 | 120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 |
| 14 | Telephone: 561/750-3000<br>561/750-3364 (fax) |
| 15 | sdavidson@rgrdlaw.com<br>cobrien@rgrdlaw.com |
| 16 | mdearman@rgrdlaw.com |
| 17 | Daniel R. Tamez, Esq. (Bar No. 216619)<br>GNAU & TAMEZ LAW GROUP, LLP |
| 18 | 707 Broadway, Suite 1700<br>San Diego, CA 92101 |
| 19 | Tel: (619) 446-6736<br>Fax: (619) 684-3500 |
| 20 | danieltamez@sdinjuryattorney.com |
| 21 | R. Dean Gresham |
| 22 | PAYNE MITCHELL LAW GROUP, LLP<br>_Of Counsel_ |
| 23 | 2911 Turtle Creek Blvd, Suite 1400<br>Dallas, Texas 75219 |
| 24 | 6714 Glendora Ave.<br>Dallas, Texas 75230 |
| 25 | Tel: (214) 252-1888<br>Fax: (214) 252-1889 |
| 26 | dean@paynemitchell.com |
| 27 | Attorneys for Plaintiff and the Class |
| 28 | |
| | Case No. 2:11-cv-07305-JAK-PJW |

# TABLE OF CONTENTS

Page

I. INTRODUCTION .................................................................................... 1

II. FACTUAL AND PROCEDURAL BACKGROUND ............................ 2

III. LEGAL ARGUMENT ............................................................................. 3

    A. Proposed Interim Class Counsel Have Performed Substantial Work to Identify and Investigate Plaintiffs' Claims ........................ 3

        1. Proposed Interim Class Counsel Have Successfully Handled Similar Complex Class Actions ........................ 4

            a. Robbins Geller Rudman & Dowd LLP ..................... 4

            b. Fears | Nachawati ....................................................... 8

        2. Proposed Interim Class Counsel Have Proven Knowledge of the Applicable Law in This Type of Litigation .............. 10

        3. Proposed Interim Class Counsel Are Well-Capitalized and Able to Commit the Resources and Effort Necessary to Advance this Litigation in a Timely Manner ................. 11

IV. NOTICE TO COUNSEL ....................................................................... 12

V. CONCLUSION ...................................................................................... 12

# TABLE OF AUTHORITIES

**CASES** **Page(s)**

*Bonar v. Beam Global Spirits & Wine, Inc.*,
No. 3:11-cv-02058-W-NLS (S.D. Cal. Sept. 6, 2011) .......................... 2

*Chenier, et al. v. Oreck Corporation*,
No. 2:11-cv-05321-CAS-JEM (C.D. Cal.) .................................. 10

*Fitzpatrick v. General Mills*,
09-60412, [Dkt. No. 181] (S.D. Fla. Dec. 2, 2011) ............................ 8

*Freeman, et al. v. Apple, Inc.*,
No. 5:2010-cv-05881 (N.D. Cal) ............................................... 9

*Goldstein v. Tongxin Int'l, et al.*,
Case 2:11-cv-00348-VBF-PJW (C.D. Cal.) .................................. 10

*Greene v. Skinny Girl Cocktails, LLC*,
No. 0:11-cv-61965 (S.D. Fla. Sept. 2, 2011) .................................. 2

*Guido, et al. v. L'Oreal USA, Inc.*,
No. 2:11-cv-01067 (C.D. Cal.) ........................................... 9, 11

*In re Apple iPhone 4 Prods. Liability Litig.*,
No. 5:10-md-02188-RMW, MDL Dkt. No. 2188 (N.D. Cal.) ................ 7

*In re: Avandia Marketing, Sales Practices and Products Liability Litigation*,
MDL No. 1871 (E.D. Penn.) ................................................. 10

*In re Enron Corp. Sec., Derivative & "ERISA" Litig.*
529 F. Supp. 2d 644 (S.D. Tex. 2006) ................................... 5, 6

*In re Enron Corp. Sec. Litig.*,
206 F.R.D. 427, 454 (S.D. Tex. 2002) ..................................... 12

*In re Groupon Mktg. & Sales Practices Litig.*,
No. 3:11-md-02238-DMS-RBB (S.D. Cal.) .................................. 7

# TABLE OF AUTHORITIES
(continued)

**Page(s)**

*In re Kinder Morgan, Inc. S'holders Litig.*,
    Consol. Case No. 06 C 801 (Dist. Ct. of Shawnee Cnty., Kan.
    Nov. 19, 2010) .......................................................................................... 7

*In re Mattel, Inc. Toy Lead Paint Products Liability Litigation*,
    No. 2:07-ml-01897-DSF-AJW (C.D. Cal.) ........................................... 5

*In re Pet Food Prods. Liability Litig.*,
    345 Fed. Appx. 857 (3d Cir. 2009) ....................................................... 5

*In re Skinnygirl Margarita Beverage Mktg. & Sales Practices Litig.*,
    MDL No. 2306 (J.P.M.L. 2011) ...................................................... 1, 3

*In re Sony Gaming Networks & Customer Data Sec. Breach Litig.*,
    No. 3:11-md-2258 (S.D. Cal.) ............................................................. 7

*In re UnitedHealth Grp. Inc. PSLRA Litig.*,
    No. 06-CV-1691 (D. Minn. Sept. 23, 2009) ........................................ 7

*In re: Vioxx Products Liability*,
    MDL-1657 (E.D. LA) ......................................................................... 10

*In re: Yasmin and YAZ (Drospirenone) Products Liability Litigation*,
    MDL No. 2100 (S.D. Ill.) ................................................................... 10

*Jaffe v. Household Int'l, Inc.*,
    No. 02-C-05893 (N.D. Ill. May 7, 2009) ............................................. 6

*Jernigan v. Beam Global Spirits & Wine, Inc.*,
    No. 3:11-cv-00842-DRH-PMF (S.D. Ill. Sept. 16, 2011) ................... 2

*Johnson v. General Mills*,
    275 F.R.D. 282 (C.D. Cal. 2011) ......................................................... 8

# TABLE OF AUTHORITIES
### (continued)

**Page(s)**

*Kaminske v. JP Morgan Chase Bank N.A.*,
   Nos. SACV 09-00918 JVS (RNBx), CV 09-6352-JVS(RNBx),
   2011 WL 521338 (C.D. Cal. Jan. 3, 2011) .................................................. 3

*Kehoe v. Fid. Fed. Bank & Trust*,
   421 F.3d 1209 (11th Cir. 2005) .................................................................... 5

*Langendorf v. Skinnygirl Cocktails, LLC*,
   No. 1:11-cv-07060 (N.D. Ill. Oct. 6, 2011) ................................................. 2

*Rapcinsky v. Skinnygirl Cocktails, L.L.C.*,
   No. 1:11-cv-06546-JPO (S.D.N.Y. Sept. 20, 2011) ................................... 2

*Roth v. Beam Global Spirits & Wine, Inc.*,
   No. 1:11-cv-01023 (D.N.M. Nov. 18, 2011) ............................................... 2

*Rutledge-Muhs, et al. v. Dreyer's Grand Ice Cream, Inc.*,
   No. 4:11-cv-03164-DMR (N.D. Cal.) ................................................. 10, 11

*Sims v. Beam Global Spirtis & Wine, Inc.*,
   No. 1:11-cv-06403 (N.D. Ill. Sept. 14, 2011) ............................................. 2

*Stewart v. Beam Global Spirits & Wine, Inc.*,
   No. 1:11-cv-05149-NHL-KMW (D.N.J. Sept. 6, 2011) ........................... 2

**RULES**

Fed. R. Civ. P. 23(g) ............................................................................................ 12

Fed. R. Civ. P. 23(g)(1)(A) ..................................................................................... 3

Fed. R. Civ. P. 23(g)(1)(B) ..................................................................................... 3