UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>**PROPOSED PRETRIAL ORDER** |

WHEREAS, the Court has determined that the appointment of interim counsel is appropriate and consistent with Fed.R.Civ.P. 23(g) andการ recommendations of the Manual for Complex Litigation (4th ed. 2004);

NOW THEREFORE, the Court Orders as follows:

I. **PRELIMINARY ORGANIZATION OF PLAINTIFFS' COUNSEL**

A. Prior to any determination of class certification and to facilitate the orderly coordination and progress of The Actions, prosecution of this litigation on behalf of any putative Class or Classes in The Actions and all other related actions pending or hereafter filed in or transferred to this Court shall be managed and directed by Plaintiffs' Interim Co-Lead Counsel, who shall be:

Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: 214-890-0711
Fax: 214-890-0712
mn@fnlawfirm.com

Stuart A. Davidson
Cullin A. O'Brien
Mark Dearman
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: 561-750-3000
Fax: 561-750-3364
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

B. Plaintiffs' Interim Co-Lead Counsel are vested by the Court with the following responsibilities and duties relating to The Actions and all other related actions pending or hereafter filed in or transferred to this Court, in order to prevent duplication of effort or duplicative pleadings on behalf of Plaintiffs and the class:

1. To brief and argue motions, including any motion to certify a proposed Class;

2. to initiate and conduct written discovery proceedings;

Case No. 2:11-cv-07305-JAK-PJW

3. to examine witnesses in depositions;

4. to act as a spokesperson at pretrial conferences;

5. to call meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

6. to conduct all settlement negotiations with counsel for Defendant;

7. to provide general coordination of activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required;

8. to coordinate and direct the preparation and trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

9. to coordinate this matter with any other related litigation not otherwise referred to herein.

C. No pleadings or other papers shall be filed or discovery conducted on behalf of the alleged Class(es) or any individual action consolidated hereunder without the advance approval of Plaintiffs' Interim Co-Lead Counsel so that there will be no duplicative pleadings or discovery by Plaintiffs.

D. Plaintiffs' Co-Lead Counsel shall make any work assignments in such a manner as to conduct an orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive work.

E. All Plaintiffs' counsel shall submit to Plaintiffs' Interim Co-Lead Counsel a record of time expended and expenses incurred in the manner, form and frequency directed by Plaintiffs' Co-Lead Counsel.

F. Counsel in any related action that is coordinated with The Actions shall be bound by this Order and organizational structure of the Plaintiffs' counsel.

G. This appointment of Interim Co-Lead Counsel is interim. A final determination on the appropriateness of appointing class counsel will be made, as appropriate and if necessary, in connection with proceedings relating to the determination of class certification.

1 | **IT IS SO ORDERED.**

3 | DATED: _____ _____
4 | The Honorable John A. Kronstadt
United States District Court Judge

Case No. 2:11-cv-07305-JAK-PJW