FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)
mn@fnlawfirm.com

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK DEARMAN
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

Attorneys for Plaintiff and Proposed Interim Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO., <br><br> Defendants. | Case No. 2:11-cv-07305-JAK-PJW <br><br> NOTICE OF PLAINTIFF'S MOTION AND MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL <br><br> DATE: May 21, 2012 8:30 a.m. <br> CTRM: 750 <br> JUDGE: Honorable John A. Kronstadt |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 21, 2012 at 8:30 a.m. this matter will be heard, before the Honorable John A. Kronstadt, of the United States District Court for the Central District of California, Plaintiff Collette Von Kaenel ("Plaintiff") will, and hereby does, move this Court for an Order appointing Fears | Nachawati Law Firm ("Fears Nachawati") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Interim Class Counsel, pursuant to Fed. R. Civ. P. 23(g).

Plaintiffs' motion is made on the grounds that Fears Nachawati and Robbins Geller satisfy all the criteria set forth in Federal Rule of Civil Procedure 23(g). More particularly, Plaintiff moves the Court on the grounds that: (1) proposed interim class counsel are geographically diverse and capable of representing Class members throughout the nation; (2) proposed interim class counsel are in the best position to coordinate the prosecution of these proceedings; (3) proposed interim class counsel have performed substantial work to identify and investigate Plaintiff's claims; (4) proposed interim class counsel are two of the most experienced and well-capitalized national law firms handling complex litigation with the types of claims presented in these proceedings; (5) proposed interim class counsel have proven knowledge of the applicable law in this type of litigation; and (6) proposed interim class counsel have significant resources and the willingness and ability to dedicate those resources to these proceedings in order to efficiently advance the litigation in a timely manner.

This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Appointment as Interim Class Counsel and accompanying exhibits, the pleadings filed herein, and such other written or oral argument as may be presented to the Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  March 19, 2012 | PAYNEMITCHELL LAW GROUP |
| 3 | | |
| 4 | |       *s/ R. Dean Gresham* |
| 5 | | R. DEAN GRESHAM |

DATED:  March 19, 2012                      PAYNEMITCHELL LAW GROUP

                          *s/ R. Dean Gresham*
                        R. DEAN GRESHAM

Nabil Majed Nachawati, II
Texas Bar No. 24038319
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: (214) 890-0711
Fax: (214) 890-0712
mn@fnlawfirm.com

Stuart A. Davidson
Florida Bar No. 084824
Cullin A. O'Brien
Florida Bar No. 597341
Mark Dearman
Florida Bar No. 0982407
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com

Daniel R. Tamez, Esq. (Bar No. 216619)
GNAU & TAMEZ LAW GROUP, LLP
1010 Second Avenue, Suite 1750
San Diego, CA 92101
Tel: (619) 446-6736
Fax: (619) 793-5215
danieltamez@sdinjuryattorney.com

R. Dean Gresham
PAYNE MITCHELL LAW GROUP, LLP
*Of Counsel*
2911 Turtle Creek Blvd, Suite 1400
Dallas, Texas 75219
Tel: (214) 252-1888
Fax: (214) 252-1889
dean@paynemitchell.com

Attorneys for Plaintiff and the Class

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of March, 2012 the foregoing document was filed using the Court's CM/ECF system which will send electronic notice to all counsel of record who have appeared and who have registered for electronic notice.

                                 PAYNEMITCHELL LAW GROUP

                                       *s/ R. Dean Gresham*
                                       R. DEAN GRESHAM