# EXHIBIT
# B-1



## Firm Resume

Fears | Nachawati Law Firm has represented plaintiffs in complex class action and multi-district litigation in state and federal courts throughout the nation.  The firm focuses primarily on complex multi-district litigation and consumer class actions with an emphasis on false advertising, technology and consumer class actions.

Fears | Nachawati is dedicated to protecting consumer rights, particularly within the false advertising, privacy and technology arena.  Listed below are selected cases that demonstrate our firm's work and its attorneys' expertise.

## Selected Cases

*Pamela Rutledge-Muhs and Jay Woolwine, et al. v. Dreyer's Grand Ice Cream, Inc.*, Case No. 4:11-cv-03164 (N.D. Cal) (active)

Our law firm filed one of the first class actions against Dreyers for false advertising.  Our law firm was recently appointed as Interim Class Counsel by the Honorable Edward Chen.

*Freeman, et al. v. Apple, Inc.*, Case No. 5:2010-cv-05881 (N.D. Cal) (active)

Our law firm filed one of the first class action cases in the nation for privacy violations arising from tracking of consumers on their mobile smart phones, known as "Iphones."

*Pitner, et al. v. Midstream Media International NV*, Case No. 8:10-cv-01850 (C.D. Cal) (active)

Our law firm filed the first class action case in the nation for privacy violations arising from an invasive computer tracking technology known as "history sniffing."

*Guido, et al. v. Loreal USA, Inc.*, Case No. 2:11-cv-01067 (C.D. Cal.) (active)



One of the first known consumer class action cases filed against Loreal arising from Loreal's failure to warn consumers about the flammability of a particular hair care product.

*In re: Vioxx Products Liability*, MDL-1657 (E.D. LA)

Represented numerous consumers injured in connection with their ingestion of Vioxx, a pharmaceutical pill manufactured by Merck.

*In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:2010-cv-00296 (Ariz.) (active)

Represent consumers injured in connection with their use of over the counter medication, Zicam, which was linked to sensory loss.

*In re: Yasmin and Yaz Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 (Ill.) (Active)

Represent numerous consumers seriously injured in connection with their use of Yaz and Yasmin birth control.

*In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1871 (E.D. Penn.)

Represent numerous consumers seriously injured in connection with their use of Avandia.

*In re: Levaquin Marketing, Sales Practices and Products Liability Litigation*, MDL No. 08-MD-1943

Represent numerous consumers seriously injured in connection with their use of Levaquin.

## Attorneys

Our attorneys possess over 100 years of combined legal experience and are recognized as pioneers in the areas of consumer protection, privacy and technology law.  Our attorneys and cases have been noted by numerous international and



national media groups, including but not limited to The BBC, The Washington Post, The Wall Street Journal, The LA Times, Forbes Magazine, CNN, Fox News, CBS News and The Huffington Post. Some of our lawyers have completed two year judicial clerkships and have been recognized as Super Lawyers, a distinction given only to 5% of lawyers in the nation.

## Majed Nachawati

As a founding partner at Fears | Nachawati Law Firm, he has recovered millions of dollars for his clients in products liability, class action and personal injury matters. He also filed one of the earliest class actions in the nation that alleged violations of federal and state privacy laws in connection with consumers' use of smart phones.

After completing law school, Mr. Nachawati completed a prestigious two-year clerkship for The Thirteenth Court of Appeals.  Following his tenure with the court, he founded his law firm and enjoyed immediate success representing individuals in serious personal injury and consumer class actions across the nation. More recently, Mr. Nachawati has been responsible for preserving privacy rights and helping to change privacy standards on a nationwide basis through filing multiple class actions alleging violations of federal and state privacy laws.

Mr. Nachawati has extensive experience in the courtroom and has tried multiple cases to verdict.  He has helped thousands of families in their pursuit of justice. Mr. Nachawati is a member of The Million Dollar Advocates Forum.  He also has been selected as a Rising Star for three years' in a row by Super Lawyer Magazine—a distinction given only to 5% of lawyers in the nation.

Mr. Nachawati graduated from The University of Houston Law Center where he was an Articles Editor for the Houston Journal of International Law and a member of the law school's moot court and mock trial team.  He is admitted to practice in the State of Texas, as well as the United States District Courts for the Northern, Southern and Eastern Districts of Texas.



## Bryan Fears

Mr. Fears is a founding partner at Fears | Nachawati Law Firm.  Mr. Fears has represented thousands of consumers in federal court.  He has also recovered millions of dollars for his clients in connection with personal injury and consumer matters.  He is appointed to the Board of Directors for the Texas Trial Lawyers Association and is a continuing member of The College of the State Bar of Texas.

Mr. Fears graduated from South Texas College of Law where he was active in the school's moot court program.  Following law school, Mr. Fears served as a managing partner of one of the nation's largest consumer firms.  After making partner, Mr. Fears left the firm and founded Fears | Nachawati Law Firm. Mr. Fears is admitted to practice in the states of Texas, Colorado and Oklahoma, as well as the United States District Courts for the Northern, Southern, Western and Eastern Districts of Texas.

## Garnet E. Hendrix, Jr.

Mr. Hendrix, a senior associate, graduated from The University of Texas School of Law in 1980.  Mr. Hendrix is board certified in personal injury trial law and has tried over thirty cases to verdict.

## John R. Musal

Mr. Musal, a senior associate, graduated from The University of Oklahoma in 1998.  Mr. Musal practices exclusively in federal court, focusing on consumer issues.

## John Raggio

Mr. Raggio serves as Of Counsel to our firm.  He focuses primarily on class action investigation and federal motion practice.  Mr. Raggio graduated in the top 5% of



his class at South Texas College of Law.  He is admitted to practice in the United States District Courts for the Northern, Southern, Western and Eastern Districts of Texas.

## Andrea Perez

As an associate, Ms. Perez focuses on litigation in state and federal courts.  Ms. Perez was admitted in 2008 to practice in the State of Texas.  Ms. Perez is also licensed in the State of Florida and is fluent in Spanish.