ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Defendants
BEAM GLOBAL SPIRITS & WINE, INC. and
JIM BEAM BRANDS CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. LACV11-7305 JAK (PJW)<br><br>**DECLARATION OF ROBIN D. BALL IN SUPPORT OF BEAM DEFENDANTS' OPPOSITION TO MOTION FOR APPOINTMENT OF PLAINTIFF'S COUNSEL AS INTERIM CLASS COUNSEL**<br><br>DATE: May 21, 2012<br>TIME: 8:30 a.m.<br>CTRM: 750<br>JUDGE: Honorable John A. Kronstadt |

I, ROBIN D. BALL, have personal knowledge of the facts stated herein, and if called upon to do so, I could and would competently testify to the following:

1. I am an attorney duly licensed to practice in California and a Partner at Chadbourne & Parke LLP. I am counsel for defendants Jim Beam Brands Co. and Beam Global Spirits and Wine LLC (f/k/a Beam Global Spirits and Wine, Inc.)

1  (collectively, the "Beam Defendants") in this matter.

2      2. In addition to the present action (filed 9/6/11), there are eight other putative class-action complaints concerning Skinnygirl Margarita presently pending in other federal District Courts. They are: *Greene v. Skinny Girl Cocktails, LLC, et al.,* Case No. 0:11-cv-61965-KMW (S.D. Fla.) (filed by Robbins Geller on 9/2/11); *Bonar v. Beam Global Spirits & Wine, Inc.*, Case No. 3:11-CV-02058-CAB (WMc) (S.D. Cal.) (filed 9/6/11); *Stewart v. Beam Global Sprits & Wine, Inc.*, Case No. 1:11-cv-05149 (NLH/KMW) (D.N.J.) (filed 9/6/11); *Sims v. Beam Global Spirits & Wine, Inc.,* Case No. 1:11-cv-06403 (N.D. Ill.) (filed 9/14/11); *Jernigan v. Beam Global Spirits & Wine, Inc.,* Case No. 3:11-cv-00842-DRH-PMF (S.D. Ill.) (filed 9/16/11); *Rapcinsky v. Skinnygirl Cocktails, L.L.C., Case No.* 11-CIV-6546 (S.D.N.Y.) (filed 9/20/11); *Langendorf v. Skinnygirl Cocktails, LLC,* Case No. 11-cv-07060 (N.D. Ill.) (filed 10/6/11); and *Roth v. Beam Global Spirits & Wine, Inc.* Case No. 1:11-CV-01023-ACT-RHS (D.N.M.) (filed 11/18/11).

3      3. My firm received a copy of correspondence from Plaintiff's counsel in this action to counsel in the other actions identified in Paragraph 2, inviting "other lead counsels to attend the hearing and apply for a leadership role in connection with the litigation." A true and correct copy of the letter, without attachments, is Exhibit A hereto.

4      4. When Plaintiff's counsel initially attempted to file this Motion on March 15, 2012, they had not previously conferred with counsel for the Beam Defendants as required by Local Rule 7-3, or even attempted to do so.

5      5. When Plaintiff's counsel re-filed the Motion on March 19, 2012, Plaintiff still did not confer with counsel for the Beam Defendants as required by Local Rule 7-3, or even attempted to do so.

6      6. Counsel and courts in the cases identified in ¶ 2, *supra*, have been far from idle since the Panel denied Plaintiff's MDL motion in December 2011. In *Langendorf,* counsel filed a motion for class certification on April 4, 2012. Class

DECLARATION OF ROBIN D. BALL IN SUPPORT OF BEAM DEFENDANTS' OPPOSITION TO MOTION FOR APPOINTMENT OF PLAINTIFF'S COUNSEL AS INTERIM CLASS COUNSEL

CPAM: 4647224.2

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

certification motions are due before the hearing date on this Motion in *Greene, Stewart,* and *Rapcinsky.* The early meeting of counsel, initial disclosures, and Rule 16 conference have occurred in those cases and in *Jernigan*, and discovery is ongoing. In *Bonar*, the parties participated in an Early Neutral Evaluation to discuss settlement with a Magistrate Judge pursuant to the local rules on April 9, 2012; a discovery plan is due by May 16, and the Rule 16 Conference is scheduled for May 23, 2012. In *Roth,* an Article III judge has recently been appointed to replace the presiding Magistrate Judge.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 30th day of April, 2012 at Los Angeles, California.

                         /s/ Robin D. Ball
                         ROBIN D. BALL

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 3 -
DECLARATION OF ROBIN D. BALL IN SUPPORT OF BEAM DEFENDANTS' OPPOSITION TO MOTION FOR APPOINTMENT OF PLAINTIFF'S COUNSEL AS INTERIM CLASS COUNSEL
CPAM: 4647224.2