# EXHIBIT A

# FEARS | NACHAWATI PLLC

*Attorneys and Counselors at Law*
Dallas – Fort Worth – Houston – Austin – San Antonio

4925 Greenville Ave., Suite 715
Dallas, Texas 75206
T. (214) 890.0711   F. (214) 890.0712
www.fnlawfirm.com

March 26, 2012

*Via CM/RRR 7011 1570 0000 9999 0288*
Philip Harry Cohen
William Andrew Wargo
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10112

*Via CM/RRR 7011 1570 0000 9999 0295*
Thomas M. Mullaney
Law Offices of Thomas M. Mullaney
275 Madison Avenue
37th Floor
New York, NY 10016

*Via CM/RRR 7011 1570 0000 9999 0301*
Garrett Scott Kamen
Donald I. Strauber
Mary T. Yelenick
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

*Via CM/RRR 7011 1570 0000 9999 0318*
Laura Diane Castner
Howard Weitzman
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Boulevard
Third Floor
Santa Monica, CA 90401

*Via CM/RRR 7011 1570 0000 9999 0233*
Francis A. Citera
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

*Via CM/RRR 7011 1570 0000 9999 0325*
Larry D. Drury
Larry D. Drury, Ltd
100 N. LaSalle Street
Suite 1010
Chicago, IL 60602

*Via CM/RRR 7011 1570 0000 9999 0240*
Richard J. Keating, Jr.
Christopher T. Sheean
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue
Suite 3300
Chicago, IL 60611

*Via CM/RRR 7011 1570 0000 9999 0332*
Randy L. Gori
D. Todd Mathews
Gori Julian and Associates, P.C.
156 North Main Street
Edwardsville, IL 62052

EXHIBIT A
PAGE 4

Page 2
March 26, 2012

*Via CM/RRR 7011 1570 0000 9999 0257*
Kristina Lee Arnsdorff
Jeffrey Allan Hirsch
Greenberg Traurig
401 E. Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301

*Via CM/RRR 7011 1570 0000 9999 0264*
Robert J. Herrington
Rick L. Shackelford
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

*Via CM/RRR 7011 1570 0000 9999 0271*
Christopher J. Healey
Stefanie Warren
McKenna Long & Aldridge LLP
600 West Broadway
Suite 2600
San Diego, CA 92101

*Via CM/RRR 7011 1570 0000 9999 0370*
Elizabeth C. Clifford
The Jones Firm
P.O. Box 2228
Santa Fe, NM 87504

*Via CM/RRR 7011 1570 0000 9999 0394*
Jerry Todd Wertheim
John V. Wertheim
Jones, Snead, Wertheim & Wentworth P.A.
P.O. Box 2228
Santa Fe, NM 87504

*Via CM/RRR 7011 1570 0000 9999 0349*
Stuart Andrew Davidson
Mark Jeffrey Dearman
Cullin Avram O'Brien
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432

*Via CM/RRR 7011 1570 0000 9999 0356*
Amy Lane Hurwitz
Benjamine Reid
Carlton Fields
100 SE 2nd Street, Suite 4200
P.O. Box 019101
Miami, FL 33131

*Via CM/RRR 7011 1570 0000 9999 0363*
George Rikos
Law Offices of George Rikos
1307 Stratford Court
Del Mar, CA 92014

*Via CM/RRR 7011 1570 0000 9999 0387*
Theresa W. Parish
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103

*Via CM/RRR 7011 1570 0000 9999 0400*
Micah Adkins
Peter H. Burke
W. Todd Harvey
Burke Harvey & Frankowski, LLC
2151 Highland Avenue
Birmingham, AL 35205

Page 3
March 26, 2012

*Via CM/RRR 7011 1570 0000 9999 0417*
Matthew H. Armstrong
Armstrong Law Firm, LLC
8816 Manchester Road
No. 109
St. Louis, MO 63144

*Via CM/RRR 7011 1570 0000 9999 0424*
Michael Robert Carroll
John B. Kearney
Ballard Spahr, LLP
210 Lake Drive East
Suite 200
Cherry Hill, NJ 08002

*Via CM/RRR 7011 1570 0000 9999 0431*
David E. Sellinger
Aaron Van Norstrand
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932

*Via CM/RRR 7011 1570 0000 9999 0448*
Evan Andrew Showell
David Benjamin Wolfe
Skoloff & Wolfe, PC
293 Eisenhower Parkway
Suite 390
Livingston, NJ 07039

Counselors:

    Enclosed please find Notice of Plaintiff's Motion and Motion for Appointment as Interim Class Counsel, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Appointment as Interim Class Counsel and Proposed Order, with respect to the Skinny Girl Margarita Cases on file with the Federal District Courts.

    This is an open invitation to allow other lead counsels to attend the hearing and apply for a leadership role in connection with the litigation.

    Please feel free to contact me with any questions or comments you may have.

                    Sincerely,

                    Majed Nachawati

MN/pc
Enclosures

EXHIBIT A
PAGE 6