1  RICK L. SHACKELFORD (SBN 151262)
   *shackelfordr@gtlaw.com*
2  ROBERT J. HERRINGTON (SBN 234417)
   *herringtonr@gtlaw.com*
3  MATTHEW R. GERSHMAN (SBN 253031)
   *gershmanm@gtlaw.com*
4  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
5  Los Angeles, California  90067
6  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
7
8  Attorneys for Defendants
   Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C.
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13 | COLETTE VON KAENEL,                    | CASE NO. CV11-7305 JAK (PJNx)
14 | individually and on behalf of all
   | others similarly situated,             | **NOTICE OF CHANGE OF FIRM**
15 |                                        | **ADDRESS**
   |              Plaintiff,
16 |
17 | v.                                      | Judge:        Hon. John A. Kronstadt
   |                                        | Action Filed: September 6, 2011
18 | SKINNY GIRL COCKTAILS,
   | L.L.C., SGC GLOBAL, L.L.C.,
19 | BEAM GLOBAL SPIRITS & WINE,
   | INC. and JIM BEAM BRANDS CO.,
20 |
21 |              Defendants.
22

23

24

25

26

27

28

─────────────────────────────────────────────
              NOTICE OF CHANGE OF FIRM ADDRESS

DEN 97,810,684

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT effective May 1, 2012 Greenberg Traurig LLP has relocated.

The new firm address is as follows:

RICK L. SHACKELFORD (SBN 151262)
ROBERT J. HERRINGTON (SBN 234417)
MATTHEW R. GERSHMAN (SBN 253031)
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067-2101

All telephone and fax numbers and email addresses will remain the unchanged.


DATED:  April 30, 2012                    GREENBERG TRAURIG, LLP


By :  *//s//:  Rick L. Shackelford*
                    Rick L. Shackelford
                    Attorneys for Defendants,
                    Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C.

---

1

NOTICE OF CHANGE OF FIRM ADDRESS