RICK L. SHACKELFORD (SBN 151262)
*shackelfordr@gtlaw.com*
ROBERT J. HERRINGTON (SBN 234417)
*herringtonr@gtlaw.com*
MATTHEW R. GERSHMAN (SBN 253031)
*gershmanm@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendants
Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | CASE NO. CV11-7305 JAK (PJNx)<br><br>**DECLARATION OF RICK L. SHACKELFORD IN SUPPORT OF DEFENDANT SKINNY GIRL COCKTAILS, L.L.C. AND SGC GLOBAL, L.L.C.'S OPPOSITION TO MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL**<br><br>Date:   May 21, 2012<br>Time:   8:30 A.M.<br>Courtroom: 740<br><br>Judge:   Hon. John A. Kronstadt<br>Action Filed:  September 6, 2011 |

I, Rick Shackelford, declare and state:

1. I am a member in good standing of the State Bar of California and am admitted to practice before all courts of the state and before this Court. I am a shareholder in the law firm Greenberg Traurig, LLP, counsel of record to defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C. Unless otherwise stated on information and belief, I have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness I could and would testify competently thereto.

2. I have reviewed the motion for Appointment as Interim Class Counsel and the supporting papers. I have also reviewed the papers on file in this action. I also have reviewed the California State Bar website. Based upon my review of those materials, I have learned the following:

   a. The Fears/Nachawati Law Firm, according to the moving papers, is "headquartered in Dallas, Texas." The firm maintains no address in California.

   b. According to Attachment 1 to the Nachawati Declaration, the Fears/Nachawati Law Firm has six attorneys.

      i. <u>Nabil Majed Nachawati</u>: Mr. Nachawati was admitted to practice in this case <u>pro hac vice</u> by virtue of an order of this Court on September 29, 2011. [A true and correct copy of the Order is attached as Exhibit 1.] According to the California State Bar website, Mr. Nachawati is not admitted to practice in California. [A true and correct copy of a print out of my search result from the State Bar website is attached as Exhibit 2.]

      ii. <u>Bryan Fears</u>: Mr. Fears has not made an application to practice in this case <u>pro hac vice</u>. According to the California State Bar website, Mr. Fears is not admitted to practiced in California. [A true and correct copy of a print out of my search result from the State Bar website is attached as Exhibit 3.]

      iii. <u>Garnett E. Hendrix, Jr.</u>: Mr. Hendrix has not made an application to practice in this case <u>pro hac vice</u>. According to the California State Bar

1

SHACKELFORD DECLARATION IN SUPPORT OF SGC DEFENDANTS' OPPOSITION TO MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL
DEN 97,809,275

1  website, Mr. Hendrix is not admitted to practice in California.  [A true and correct copy
2  of a print out of my search result from the State Bar website is attached as Exhibit 4.]

3          iv.     John R. Musal:  Mr. Musal has not made an application to
4  practice in this case pro hac vice.  According to the California State Bar website,
5  Mr. Musal is not admitted to practice in California.  [A true and correct copy of a print
6  out of my search result from the State Bar website is attached as Exhibit 5.]

7          v.      John Raggio:  Mr. Raggio is identified as "of counsel" to the
8  Fears/Nachawati Firm.  In recent correspondence, reference has been made to the
9  "Raggio Law Firm," so it is unclear whether Mr. Raggio is actually employed by the
10 Fears/Nachawati Firm or not.  In any event, he has not been admitted to practice pro hac
11 vice in this case.  According to the California State Bar on-line member directory, Mr.
12 Raggio is not admitted to practice in California.  [A true and correct copy of a print out of
13 my search result from the State Bar website is attached as Exhibit 6.]

14         vi.     Andrea Perez:  Ms. Perez has not made an application to
15 practice in this case pro hac vice.  According to Attachment 1 to the Nachawati
16 Declaration, Ms. Perez was admitted to practice in Texas in 2008, and is also admitted in
17 Florida.  According to the California State Bar website, there is an Andrea Cheryl Perez
18 of Sacramento, California, who was admitted to practice in December 2004.  [A true and
19 correct copy of a print out of my search result from the State Bar website is attached as
20 Exhibit 7.]  Based upon her date of admission and place of employment listed with the
21 State Bar it does not appear that the Andrea Perez admitted in California is the same
22 person as the Andrea Perez employed by the Fears/Nachawati Law Firm.

23      3.    According to the moving papers, three lawyers from the Robins Geller
24 Rudman & Dowd LLP law firm have been working on this case:

25          a.      Stuart A. Davidson:  Mr. Davidson was admitted to practice in this
26 case pro hac vice by virtue of an order of this Court on January 3, 2012.  [A true and
27 correct copy of the Order is attached as Exhibit 8.]  According to the California State Bar

2

SHACKELFORD DECLARATION IN SUPPORT OF SGC DEFENDANTS'
OPPOSITION TO MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL
DEN 97,809,275

1  website, Mr. Davidson is not admitted to practice in California. [A true and correct copy
2  of a print out of my search result from the State Bar website is attached as Exhibit 9.]

3     b. Cullen O'Brien: Mr. O'Brien was admitted to practice in this case
4  pro hac vice by virtue of an order of this Court on January 3, 2012. [A true and correct
5  copy of the Order is attached as Exhibit 10.] According to the California State Bar
6  website, Mr. O'Brien is not admitted to practice in California. [A true and correct copy
7  of a print out of my search result from the State Bar website is attached as Exhibit 11.]

8     c. Mark Dearman: Mr. Dearman was admitted to practice in this case
9  pro hac vice by virtue of an order of this Court on January 3, 2012. [A true and correct
10 copy of the Order is attached as Exhibit 12.] According to the California State Bar
11 website, Mr. Dearman is not admitted to practice in California. [A true and correct copy
12 of a print out of my search result from the State Bar website is attached as Exhibit 13.]

13   4. According to their respective pro hac vice applications, these three Robbins,
14 Geller Rudman & Dowd attorneys are resident in that firm's office in Boca Raton,
15 Florida. The moving papers do not identify any attorneys from that firm's San Diego
16 office who have worked on, are familiar with, or provided an input on, this lawsuit.

17   5. The moving papers were signed by R. Dean Gresham of Dallas Texas.
18 Apparently, his firm has not been nominated as interim lead counsel, and it is unclear
19 what role he or his firm will play. Mr. Gresham was admitted to practice in this case pro
20 hac vice by virtue of an order of this Court dated September 20, 2011. [A true and
21 correct copy of the Order is attached as Exhibit 14.] According to the California State
22 Bar website, Mr. Gresham is not admitted to practice in California. [A true and correct
23 copy of a print out of my search result from the State Bar website is attached as Exhibit
24 15.]

25   6. On the subject of attorneys admitted pro hac vice, by virtue of an order of
26 this Court dated January 3, 2012, an attorney named Richard E. Walden of Little Rock,

3

SHACKELFORD DECLARATION IN SUPPORT OF SGC DEFENDANTS'
OPPOSITION TO MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL
DEN 97,809,275

1 Arkansas, was also admitted to practice in this case pro hac vice.  The moving papers
2 offer no explanation of his role in this case.

3      7.     All of the pro hac vice applications designate Daniel Tamez of the Gnau &
4 Tamez Law Group, LLP, in San Diego as local counsel.  A "Google" search of the Gnau
5 & Tamez Law Group led me to a website for the "Traffic Accident Law Center," and
6 which shows that the Gnau & Tamez Law Group is a three lawyer firm that identifies a
7 number of practice specialties.  Consumer class actions is not among them.

8      8.     Scheduling orders have been entered in other Skinnygirl margarita cases
9 around the country, including cases in which neither the Fears/Nachawati firm nor the
10 Robbins Geller firm have entered an appearance.  Two such examples are *Rapcinsky v.*
11 *Skinnygirl Cocktails, L.L.C. et al;* Southern District of New York Case No. 1:11-CV-
12 06546, and *Stewart v. Beam Global Spirits & Wine, Inc. et al.;* district of New Jersey
13 Case No. 11-5149.  a true and correct copy of the "Civil Case Management Plan and
14 Scheduling Order" in the *Rapcinsky* case is attached as Exhibit 16.  A true and correct
15 copy of the "Scheduling Order" in the *Stewart* case is attached as Exhibit 17.  As those
16 respective orders make clear, other cases are proceeding according to different, and
17 arguably faster, schedules compared to this case.  Indeed, both the *Rapcinsky* court and
18 the *Stewart* court have ordered due dates for filing of class certification motion that
19 precedes the hearing date on the instant motion for appointment as interim lead counsel.

20    I declare under penalty of perjury under the laws of the United States of America
21 and the State of California that the foregoing is true and correct.  This declaration was
22 executed on April 30, 2012 at Los Angeles, California.

                                    By:   // s //:  Rick L. Shackelford
                                          Rick L. Shackelford

4

SHACKELFORD DECLARATION IN SUPPORT OF SGC DEFENDANTS'
OPPOSITION TO MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL
DEN 97,809,275