Name & Address:

GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 134417)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2101
Tel: 310-586-7700; Fax: 310- 586-7800
Email: HerringtonR@gtlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Collette Von Kaenel, et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Skinny Girl Cocktails, etc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER: CV11-7305 JAK (PJNx)<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION |
|---|---|

**The following information must be provided:**

I, Robert J. Herrington , 234417 , HerringtonR@gtlaw.com
         *Name*                    *CA Bar ID Number*          *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ **TO UPDATE NAME OR FIRM INFORMATION:**
  ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
     PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
**New Address** 1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2101
New Telephone Number *same*           New Facsimile Number *same*
New E-mail address *same*

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
　☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

　☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

　☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

　☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: May 1, 2012                          /s/  Robert J. Herrington
                                           Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.

