ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:   (213) 892-1000
Facsimile:    (213) 892-2045

DONALD I STRAUBER (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
MARY T. YELENICK (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:   (212) 408-5100
Facsimile:    (212) 541-5369

Attorneys for Defendants
BEAM GLOBAL SPIRITS & WINE, INC. and
JIM BEAM BRANDS CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>　　　　　　Defendants. | Case No.  LA CV11-7305 JAK (PJW)<br><br>**STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br>**[Proposed Order Filed Concurrently Herewith]**<br><br><br>Initial Complaint Filed: Sept. 6, 2011 |

(Counsel for additional parties listed on following page)

STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4666240.1

1  NABIL M. NACHAWATI, II (Adm. Pro Hac Vice)
   mn@fnlawfirm.com
2  FEARS NACHAWATI LAW FIRM PLLC
   4925 Greenville Avenue, Suite 715
3  Dallas, TX  75206
   Telephone:  (214) 890-0711
4  Facsimile:   (214) 890-0712

5  CULLIN A. O'BRIEN (Adm. Pro Hac Vice)
   cobrien@rgrdlaw.com
6  MARK J. DEARMAN (Adm. Pro Hac Vice)
   mdearman@rgrdlaw.com
7  STUART A. DAVIDSON (Adm. Pro Hac Vice)
   sdavidson@rgrdlaw.com
8  ROBBINS GELLER RUDMAN & DOWD LLP
   120 East Palmetto Park Road, Suite 500
9  Boca Raton, FL  33432
   Telephone:  (561) 750-3000
10 Facsimile:   (561) 750-3364

11 R. DEAN GRESHAM (Adm. Pro Hac Vice)
   dean@paynemitchell.com
12 PAYNE MITCHELL LAW GROUP, LLP
   2911 Turtle Creek Blvd., Suite 1400
13 Dallas, Texas,  75219
   Telephone:  (214) 252-1888
14 Facsimile:   (214) 525-1889

15 DANIEL ROMAN TAMEZ
   danieltamez@sdinjuryattorney.com
16 GNAU & TAMEZ LAW GROUP LLP
   1010 Second Avenue, Suite 1750
17 San Diego, CA  92101
   Telephone:  (619) 446-6736
18 Facsimile:   (619) 793-5215

19 Attorneys for Plaintiff COLETTE VON KAENEL

20 RICKY L. SHACKELFORD
   shackelfordr@gtlaw.com
21 ROBERT J. HERRINGTON
   herringtonr@gtlaw.com
22 MATTHEW R. GERSHMAN
   gershmanm@gtlaw.com
23 GREENBERG TRAURIG LLP
   2450 Colorado Avenue, Suite 400 East
24 Santa Monica, CA  90404
   Telephone:  (310) 586-7700
25 Facsimile:   (310) 586-7800

26 Attorneys for Defendants
   SKINNY GIRL COCKTAILS, L.L.C. and SGC
27 GLOBAL, L.L.C.

28

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

- i -

STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4666240.1

This stipulation is made by and among Plaintiff Colette Von Kaenel and Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C., Beam Global Spirits & Wine, L.L.C. (f/k/a Beam Global Spirits & Wine, Inc., and Jim Beam Brands Co., by and through their respective counsel.

## RECITALS

1. Whereas, under the schedule for the briefing and hearing on class certification established by this Court's Order of January 30, 2012, Plaintiff's motion and supporting papers are due by May 4, 2012, Defendants' opposition is due by June 18, 2010, Plaintiff's reply papers are due July 6, 2012, and a hearing is scheduled for August 6, 2012;

2. Whereas, Plaintiff seeks to extend the deadline for submission of Plaintiff's motion by two weeks, to May 18, 2012, to permit additional time for receipt and review of discovery responses and preparation of Plaintiff's motion;

3. Whereas Defendants are agreeable to Plaintiff's proposed extension, provided that the due dates for Defendants' opposition papers and Plaintiff's reply are likewise extended by two weeks;

4. Whereas the parties recognize that the Court orignally scheduled an August 6, 2012 hearing date in order to assure that it had adequate time for review of the parties' submissions, and may desire to defer the presently scheduled August 6, 2012 hearing date to a later date to permit such review;

5. Whereas the parties wish to advise the Court that other commitments would conflict with a hearing on certain dates and request that no hearing be set for such dates; and

6. Whereas the parties have not previously sought or received an extension on any of the dates affected by this Stipulation;

- 1 -
STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE

CPAM: 4666240.1

## **STIPULATION**

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for submission of Plaintiff's motion for class certification and supporting papers shall be extended to May 18, 2012;

2. The deadline for submission of Defendants' briefs in opposition to class certification shall be extended to July 2, 2012;

3. The deadline for submission of Plaintiff's reply shall be extended to July 20, 2012;

4. The hearing on class certification shall be held on any date on or after August 6, 2012 that the Court may designate, provided that the parties respectfully request that the hearing not be set for any of the following dates due to conflicts with commitments on other matters: August 13-17, 2012, and September 24-28, 2012.

Dated:    May 2, 2012            Respectfully submitted,

/s/ Robin D. Ball
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 2 -

STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE

CPAM: 4666240.1