## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for submission of Plaintiff's motion for class certification and supporting papers shall be extended to May 18, 2012;

2. The deadline for submission of Defendants' briefs in opposition to class certification shall be extended to July 2, 2012;

3. The deadline for submission of Plaintiff's reply shall be extended to July 20, 2012;

4. The hearing on class certification shall be held on any date on or after August 6, 2012 that the Court may designate, provided that the parties respectfully request that the hearing not be set for any of the following dates due to conflicts with commitments on other matters: August 13-17, 2012, and September 24-28, 2012.

Dated: May ___, 2012         Respectfully submitted,

/s/ Robin D. Ball
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 2 -

**STIPULATION**

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for submission of Plaintiff's motion for class certification and supporting papers shall be extended to May 18, 2012;

2. The deadline for submission of Defendants' briefs in opposition to class certification shall be extended to July 2, 2012;

3. The deadline for submission of Plaintiff's reply shall be extended to July 20, 2012;

4. The hearing on class certification shall be held on any date on or after August 6, 2012 that the Court may designate, provided that the parties respectfully request that the hearing not be set for any of the following dates due to conflicts with commitments on other matters: August 13-17, 2012, and September 24-28, 2012.

Dated: May ___, 2012      Respectfully submitted,

/s/ Robin D. Ball
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*