CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>　　　　Defendants. | Case No.  LA CV11-7305 JAK (PJW)<br><br>**[PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br><br><br>Initial Complaint Filed:  Sept. 6, 2011 |

1  The Court has reviewed the parties' Joint Stipulation Re Class Certification
2  Briefing Schedule and Hearing Date.  Good cause appearing, the Court hereby
3  orders as follows:
4      1.  Plaintiff's motion for class certification and supporting papers shall be
5  filed on or before May 18, 2012.
6      2.  Defendants' opposition papers shall be filed on or before July 2, 2012.
7      3.  Plaintiff's reply papers shall be filed on or before July 20, 2012.
8      4.  The hearing on Plaintiff's motion for class certification shall be held on
9  _____, 2012, at \_\_:\_\_  \_\_.m.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
Hon. John A. Kronstadt
United States District Judge

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

- 1 -
[PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4666321.1