FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
mn@fnlawfirm.com
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
sdavidson@rgrdlaw.com
CULLIN A. O'BRIEN
cobrien@rgrdlaw.com
MARK DEARMAN
mdearman@rgrdlaw.com
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff and Proposed Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGCGLOBAL, L.L.C., BEAM GLOBAL SPIRITS& WINE, INC., and JIM BEAM BRANDS CO.,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL (ECF NOS. 64 and 65)**<br><br>Judge: Hon. John A. Kronstadt<br>Date:　May 21, 2012<br>Time:　8:30 a.m.<br>Ctrm: 750 |

COMES NOW, Plaintiff Colette Von Kaenel and files her *Notice of Withdrawal Without Prejudice of Plaintiff's Motion for Appointment of Interim Class Counsel (ECF Nos. 64 and 65)* and would respectfully show unto the Court the following:

### I.

Plaintiff originally filed her Motion for Appointment of Interim Class Counsel and Memorandum of Points and Authorities in Support (ECF Nos. 64 and 65) requesting the Court appoint Fears | Nachawati Law Firm ("Fears Nachawati") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). Plaintiff intends to file her Motion for Class Certification on May 18, 2012 and will ask the Court, in addition to certifying a Class, to appoint Fears Nachawati and Robbins Geller as Class Counsel pursuant to Rule 23(g)(1). Accordingly, the need for appointment of *interim* class counsel pursuant to Rule 23(g)(3) no longer exists. Plaintiff hereby withdraws without prejudice her motion seeking the appointment of interim class counsel and requests the Court cancel the hearing on such motion set for May 21, 2012.

DATED: May 10, 2012   FEARS | NACHAWATI LAW FIRM

*/s/ Nabil Majed Nachawati, II*
Nabil Majed Nachawati, II

Nabil Majed Nachawati, II (admitted *pro hac vice*)
mn@fnlawfirm.com
Texas Bar No. 24038319
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: (214) 890-0711
Fax: (214) 890-0712

Stuart A. Davidson (admitted *pro hac vice*)
sdavidson@rgrdlaw.com
Florida Bar No. 084824
Cullin A. O'Brien (admitted *pro hac vice*)
cobrien@rgrdlaw.com
Florida Bar No. 597341
Mark Dearman (admitted *pro hac vice*)
mdearman@rgrdlaw.com
Florida Bar No. 0982407
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

3

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR APPOINTMENT OF
INTERIM CLASS COUNSEL (ECF NOS. 64 and 65)

# PROOF OF SERVICE

I, hereby certify that on May 10, 2012, I filed the foregoing document using the Court's CM/ECF System which will generate an electronic notice of said filing to all counsel of record registered to receive electronic service, including:

Robin D. Ball
Susan M. St. Denis
Chadbourne & Parke LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
(213) 892-1000 - Telephone
(213) 892-2045 – Facsimile

Donald I Strauber
Mary Yelenick
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
212-541-5369 (fax)
*Attorneys for Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co.*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90505
(310) 586-7700 – Telephone
(310) 586-7800 - Facsimile
*Attorneys for Defendants Skinny Girl Cocktails, L.L.C
And SGC Global, L.L.C*

/s/ *Nabil Majed Nachawati, II*
Nabil Majed Nachawati, II

5

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR APPOINTMENT OF
INTERIM CLASS COUNSEL (ECF NOS. 64 and 65)

| | |
|---|---|
| 1 | |
| 2 | R. Dean Gresham (admitted *pro hac vice*) |
| 3 | dean@paynemitchell.com |
| 4 | Texas Bar No. 24027215 |
| 5 | PAYNE MITCHELL LAW GROUP |
| 6 | 2911 Turtle Creek Blvd., Suite 1400 |

R. Dean Gresham (admitted *pro hac vice*)
dean@paynemitchell.com
Texas Bar No. 24027215
PAYNE MITCHELL LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252-1889

Daniel R. Tamez, Esq. (Bar No. 216619)
danieltamez@sdinjuryattorney.com
GNAU & TAMEZ LAW GROUP, LLP
707 Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 446-6736
Fax: (619) 684-3500

**Attorneys for Plaintiff and the Class**

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR APPOINTMENT OF
INTERIM CLASS COUNSEL (ECF NOS. 64 and 65)