ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

DONALD I STRAUBER (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
MARY T. YELENICK (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for Defendants
BEAM GLOBAL SPIRITS & WINE, INC. and
JIM BEAM BRANDS CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>            Defendants. | Case No.  LA CV11-7305 JAK (PJW)<br><br>**STIPULATION RE [PROPOSED] CONSENT PROTECTIVE ORDER OF CONFIDENTIALITY**<br><br>[Declaration of Maria Martin In Support and [Proposed] Consent Protective Order of Confidentiality Filed Concurrently Herewith]<br><br>Initial Complaint Filed:  Sept. 6, 2011 |

(Counsel for additional parties listed on following page)

STIPULATION RE [PROPOSED] CONSENT PROTECTIVE ORDER

CPAM: 4681938.3

NABIL M. NACHAWATI, II (Adm. Pro Hac Vice)
mn@fnlawfirm.com
FEARS NACHAWATI LAW FIRM PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

CULLIN A. O'BRIEN (Adm. Pro Hac Vice)
cobrien@rgrdlaw.com
MARK J. DEARMAN (Adm. Pro Hac Vice)
mdearman@rgrdlaw.com
STUART A. DAVIDSON (Adm. Pro Hac Vice)
sdavidson@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

R. DEAN GRESHAM (Adm. Pro Hac Vice)
dean@paynemitchell.com
PAYNE MITCHELL LAW GROUP, LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas, 75219
Telephone: (214) 252-1888
Facsimile: (214) 525-1889

DANIEL ROMAN TAMEZ
danieltamez@sdinjuryattorney.com
GNAU & TAMEZ LAW GROUP LLP
1010 Second Avenue, Suite 1750
San Diego, CA 92101
Telephone: (619) 446-6736
Facsimile: (619) 793-5215

Attorneys for Plaintiff COLETTE VON KAENEL


RICKY L. SHACKELFORD
shackelfordr@gtlaw.com
ROBERT J. HERRINGTON
herringtonr@gtlaw.com
MATTHEW R. GERSHMAN
gershmanm@gtlaw.com
GREENBERG TRAURIG LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendants
SKINNY GIRL COCKTAILS, L.L.C. and SGC GLOBAL, L.L.C.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 2 -

STIPULATION RE [PROPOSED] CONSENT PROTECTIVE ORDER

CPAM: 4681938.3

## RECITALS

WHEREAS, Plaintiff Colette Von Kaenel individually and on behalf of all others similarly situated, ("Plaintiff"), and Defendants Skinny Girl Cocktails, LLC, SGC Global, LLC, and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc., (collectively "Defendants") are conducting discovery in connection with Civil Action Number 2:11-cv-07305 (the "Litigation");

WHEREAS, Plaintiff and Defendants desire, by entering into this stipulation, to preserve the confidentiality of certain information provided in connection with this action;

WHEREAS, Defendants submit concurrently herewith the Declaration of Maria Martin in Support of Stipulation and [Proposed] Consent Protective Order of Confidentiality ("Martin Declaration"); and

WHEREAS, Plaintiff does not concede or admit any statements in the Martin Declaration, but consents to entry of this Stipulation and of the [Proposed] Consent Protective Order of Confidentiality;

/ / /

/ / /

/ / /

STIPULATION RE [PROPOSED] CONSENT PROTECTIVE ORDER

CPAM: 4681938.3

# **STIPULATION**

THEREFORE, Plaintiff and Defendants hereby stipulate to entry of the [Proposed] Consent Protective Order submitted herewith.

Respectfully submitted,

Dated: May 14, 2012          /s/ Robin D. Ball
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Dated: May ___, 2012         _____
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Dated: May ___, 2012         _____
Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*