1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

## STIPULATION

THEREFORE, Plaintiff and Defendants hereby stipulate to entry of the [Proposed] Consent Protective Order submitted herewith.

Respectfully submitted,

Dated: May ___, 2012

_____
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Dated: May *14*, 2012

_____
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Dated: May ___, 2012

_____
Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

- 4 -

STIPULATION RE [PROPOSED] CONSENT PROTECTIVE ORDER

CPAM: 4681938.3

## STIPULATION

THEREFORE, Plaintiff and Defendants hereby stipulate to entry of the [Proposed] Consent Protective Order submitted herewith.

Respectfully submitted,

Dated: May ___, 2012

_____
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Dated: May 14, 2012

_____
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Dated: May 14, 2012

_____
Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 4 -

STIPULATION RE [PROPOSED] CONSENT PROTECTIVE ORDER

CPAM: 4681938.3