FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
mn@fnlawfirm.com
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
sdavidson@rgrdlaw.com
CULLIN A. O'BRIEN
cobrien@rgrdlaw.com
MARK DEARMAN
mdearman@rgrdlaw.com
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff and Proposed Class Counsel

[Additional counsel appear on signature page.]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No.  LA CV11-7305 JAK (PJW)<br><br>**STIPULATION RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[Proposed Order Filed Concurrently Herewith]**<br><br><br>Initial Complaint Filed: Sept. 6, 2011 |

STIPULATION RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT

1  (Counsel for additional parties listed on following page)
2  ROBIN D. BALL (State Bar No. 159698)
   rball@chadbourne.com
3  SUSAN M. ST. DENIS (State Bar No. 149636)
   sst.denis@chadbourne.com
4  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
5  Los Angeles, CA  90071
   Telephone:  (213) 892-1000
6  Facsimile:  (213) 892-2045

7  DONALD I STRAUBER (Adm. Pro Hac Vice)
   dstrauber@chadbourne.com
8  MARY T. YELENICK (Adm. Pro Hac Vice)
   myelenick@chadbourne.com
9  CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
10 New York, NY  10112
   Telephone:  (212) 408-5100
11 Facsimile:  (212) 541-5369

12 Attorneys for Defendants
   BEAM GLOBAL SPIRITS & WINE, INC. and JIM
13 BEAM BRANDS CO.

14
   RICKY L. SHACKELFORD
15 shackelfordr@gtlaw.com
   ROBERT J. HERRINGTON
16 herringtonr@gtlaw.com
   MATTHEW R. GERSHMAN
17 gershmanm@gtlaw.com
   GREENBERG TRAURIG LLP
18 2450 Colorado Avenue, Suite 400 East
   Santa Monica, CA  90404
19 Telephone:  (310) 586-7700
   Facsimile:  (310) 586-7800
20
   Attorneys for Defendants
21 SKINNY GIRL COCKTAILS, L.L.C. and SGC
   GLOBAL, L.L.C.
22

23

24

25

26

27

28

- i -

STIPULATION RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT

This stipulation is made by and among Plaintiff Colette Von Kaenel and Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C., Beam Global Spirits & Wine, L.L.C. (f/k/a Beam Global Spirits & Wine, Inc.), and Jim Beam Brands Co., by and through their respective counsel.

## **RECITALS**

1.  Whereas, Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C. (the "SGC Defendants") filed a motion to dismiss Plaintiff's Class Action Complaint (ECF No. 26);

2.  Whereas, Defendants Beam Global Sprits & Wine, L.L.C. (f/k/a Beam Global Spirits & Wine, Inc. and Jim Beam Brands Co. (the "Beam Defendants") did not move to dismiss Plaintiff's Class Action Complaint;

3.  Whereas, the Court granted the SGC Defendants' motion to dismiss with leave to amend as to the first (fraud) and sixth (unjust enrichment) causes of action and denied the SGC Defendants' motion to dismiss the remaining causes of action (ECF No. 66);

4.  Whereas, Plaintiff has conferred with Defendants regarding the filing of an amended complaint that narrows the class definition to a California class and which does not include the cause of action for fraud;

5.  Whereas, Defendants are agreeable to the filing of Plaintiff's First Amended Complaint, which is attached hereto as Exhibit "A," provided that it is

understood that Defendants do not waive any right to bring any motion concerning the First Amended Complaint (*e.g.*, a motion to dismiss or strike);

6. Whereas, Defendants request that their time to answer or otherwise respond to the First Amended Complaint be extended to June 14, 2012, and Plaintiff is agreeable to such an extension;

## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff's First Amended Complaint, attached hereto as Exhibit "A", shall be filed with the Court; and

2. Defendants shall have until June 14, 2012 to answer or otherwise respond to the First Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: May 18, 2012 | Respectfully submitted, |

*/s/ Nabil Majed Nachawati, II*
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*


Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*


Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

- 3 -
STIPULATION RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: May 18, 2012 | Respectfully submitted, |

/s/ Nabil Majed Nachawati, II
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

- 3 -

STIPULATION RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: May 18, 2012 | Respectfully submitted, |

/s/ *Nabil Majed Nachawati, II*
Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

- 3 -

STIPULATION RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT