IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>    Defendants. | Case No.  LA CV11-7305 JAK (PJW)<br><br>**[PROPOSED] ORDER RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br><br><br>Initial Complaint Filed: Sept. 6, 2011 |

The Court has reviewed the parties' Joint Stipulation Re Filing of Plaintiff's First Amended Complaint. Good cause appearing, the Court hereby orders as follows:

1. Plaintiff's First Amended Complaint shall be filed by the Clerk; and

2. Defendants shall have until June 14, 2012 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
Hon. John A. Kronstadt
United States District Judge