FEARS | NACHAWATI LAW FIRM
NABIL MAJED NACHAWATI, II
mn@fnlawfirm.com
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: 214/890-0711
214/890-0712 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
sdavidson@rgrdlaw.com
CULLIN A. O'BRIEN
cobrien@rgrdlaw.com
MARK DEARMAN
mdearman@rgrdlaw.com
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff and Proposed Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC., and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. John A. Kronstadt<br>Date:  August 6, 2012<br>Time:  8:30 a.m.<br>Ctrm:  750 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 6, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 750, 7th Floor, located at 915 East 1st Street, Los Angeles, California 90012, in accordance with Federal Rules of Civil Procedure, Rule 23, Plaintiff Colette Von Kaenel will and does hereby move for an order certifying the following Class and appointing Plaintiff as Class representative:

> All persons and entities who purchased Skinnygirl™ Margarita in the State of California from February 1, 2009 until the date class notice is disseminated.

Excluded from the Class are: (i) all persons who purchased Skinnygirl™ Margarita product for resale; (ii) Defendants, their parent companies, principals, legal representatives, subsidiaries and affiliates, and any co-conspirators, (iii) all governmental entities, and (iv) any judges or justices, any employees, agents or individuals working for any judge or the judge's chambers assigned to hear any aspect of this action.

Plaintiff seeks certification of her claims under the Unfair Competition Law, Cal. Business and Professions Code §§17200, *et seq.* ("UCL"), the False Advertising Law, Cal. Business and Professions Code §§17500, *et seq.* ("FAL"), and Consumer Legal Remedies Act, Cal. Civil Code §1750, *et seq.* ("CLRA"). As

set forth in the accompanying memorandum of points and authorities, Plaintiff satisfies the requirements of Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure warranting class certification. Further, Plaintiff meets all the requirements for appointment of Class representative.

Additionally, pursuant to Rule 23(g), Plaintiff moves for an order appointing the law firms of Robbins Geller Rudman & Dowd LLP and the Fears | Nachawati Law Firm as Class Counsel in this action. As set forth in the accompanying memorandum and the Declaration of Stuart A. Davidson and Declaration of Nabil Majed Nachawati, II, attached thereto, Plaintiff's counsel meet each of the requirements of Rule 23(g)(1).

This motion is based upon this notice of motion, the accompanying memorandum of points and authorities, the evidentiary submission, including the declarations of Plaintiff Colette Von Kaenel, Stuart A. Davidson, Nabil Majed Nachawati, II, and David Kanbar and such other evidence and argument as may be presented at or before the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 3, 2012 via telephone conference and subsequent e-mail communications exchanged thereafter.

1 | DATED: May 18, 2012          GNAU & TAMEZ LAW GROUP, LLP

2

3

4                                          */s/ Daniel R. Tamez*
                                           Daniel R. Tamez
5
                              Daniel R. Tamez, Esq. (Bar No. 216619)
6                             danieltamez@sdinjuryattorney.com
7                             GNAU & TAMEZ LAW GROUP, LLP
                              1010 Second Avenue, Suite 1750
8                             San Diego, CA 92101
9                             Tel: (619) 446-6736
                              Fax: (619) 793-5215
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Nabil Majed Nachawati, II (admitted *pro hac vice*)
mn@fnlawfirm.com
Texas Bar No. 24038319
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: (214) 890-0711
Fax: (214) 890-0712

Stuart A. Davidson (admitted *pro hac vice*)
sdavidson@rgrdlaw.com
Florida Bar No. 084824
Cullin A. O'Brien (admitted *pro hac vice*)
cobrien@rgrdlaw.com
Florida Bar No. 597341
Mark Dearman (admitted *pro hac vice*)
mdearman@rgrdlaw.com
Florida Bar No. 0982407
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel:  (561) 750-3000
Fax: (561) 750-3364

R. Dean Gresham (admitted *pro hac vice*)
dean@paynemitchell.com
Texas Bar No. 24027215
PAYNE MITCHELL LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252-1889

**Attorneys for Plaintiff and the Class**

5

NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# PROOF OF SERVICE

I, hereby certify that on May 18, 2012, I filed the foregoing document using the Court's CM/ECF System which will generate an electronic notice of said filing to all counsel of record registered to receive electronic service, including:

Robin D. Ball
Susan M. St. Denis
Chadbourne & Parke LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
(213) 892-1000 - Telephone
(213) 892-2045 – Facsimile

Donald I Strauber
Mary Yelenick
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
212-541-5369 (fax)
*Attorneys for Defendants Beam Global Spirits & Wine LLC*
*and Jim Beam Brands Co.*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90505
(310) 586-7700 – Telephone
(310) 586-7800 - Facsimile
*Attorneys for Defendants Skinny Girl Cocktails, L.L.C*
*And SGC Global, L.L.C*

                     */s/ Daniel R. Tamez*
                     Daniel R. Tamez