1  ROBIN D. BALL (State Bar No. 159698)
   rball@chadbourne.com
2  SUSAN M. ST. DENIS (State Bar No. 149636)
   sst.denis@chadbourne.com
3  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
4  Los Angeles, CA  90071
   Telephone:  (213) 892-1000
5  Facsimile:   (213) 892-2045

6  DONALD I STRAUBER (Adm. Pro Hac Vice)
   dstrauber@chadbourne.com
7  MARY T. YELENICK (Adm. Pro Hac Vice)
   myelenick@chadbourne.com
8  CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
9  New York, NY  10112
   Telephone:  (212) 408-5100
10 Facsimile:   (212) 541-5369

11 Attorneys for Defendants
   BEAM GLOBAL SPIRITS & WINE, INC. and
12 JIM BEAM BRANDS CO.

13

14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                          LOS ANGELES DIVISION

17

| 18 | COLETTE VON KAENEL, individually and on behalf of all others similarly situated, | Case No.  LA CV11-7305 JAK (PJW) |
|---|---|---|
| 19 | | **STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE** |
| 20 | Plaintiff, | |
| 21 | v. | **[Declaration of Robin D. Ball and Proposed Order Filed Concurrently Herewith]** |
| 22 | SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO., | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | Initial Complaint Filed:  Sept. 6, 2011 |
| 27 | | |
| 28 | (Counsel for additional parties listed on following page) | |

STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4762166.4

1  NABIL M. NACHAWATI, II (Adm. Pro Hac Vice)
   mn@fnlawfirm.com
2  FEARS NACHAWATI LAW FIRM PLLC
   4925 Greenville Avenue, Suite 715
3  Dallas, TX 75206
   Telephone: (214) 890-0711
4  Facsimile: (214) 890-0712

5  CULLIN A. O'BRIEN (Adm. Pro Hac Vice)
   cobrien@rgrdlaw.com
6  MARK J. DEARMAN (Adm. Pro Hac Vice)
   mdearman@rgrdlaw.com
7  STUART A. DAVIDSON (Adm. Pro Hac Vice)
   sdavidson@rgrdlaw.com
8  ROBBINS GELLER RUDMAN & DOWD LLP
   120 East Palmetto Park Road, Suite 500
9  Boca Raton, FL 33432
   Telephone: (561) 750-3000
10 Facsimile: (561) 750-3364

11 R. DEAN GRESHAM (Adm. Pro Hac Vice)
   dean@paynemitchell.com
12 PAYNE MITCHELL LAW GROUP, LLP
   2911 Turtle Creek Blvd., Suite 1400
13 Dallas, Texas, 75219
   Telephone: (214) 252-1888
14 Facsimile: (214) 525-1889

15 DANIEL ROMAN TAMEZ
   danieltamez@sdinjuryattorney.com
16 GNAU & TAMEZ LAW GROUP LLP
   1010 Second Avenue, Suite 1750
17 San Diego, CA 92101
   Telephone: (619) 446-6736
18 Facsimile: (619) 793-5215

19 Attorneys for Plaintiff COLETTE VON KAENEL

20 RICKY L. SHACKELFORD
   shackelfordr@gtlaw.com
21 ROBERT J. HERRINGTON
   herringtonr@gtlaw.com
22 MATTHEW R. GERSHMAN
   gershmanm@gtlaw.com
23 GREENBERG TRAURIG LLP
   2450 Colorado Avenue, Suite 400 East
24 Santa Monica, CA 90404
   Telephone: (310) 586-7700
25 Facsimile: (310) 586-7800

26 Attorneys for Defendants
   SKINNY GIRL COCKTAILS, L.L.C. and SGC
27 GLOBAL, L.L.C.

28

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- i -

STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4762166.4

This stipulation is made by and among Plaintiff Colette Von Kaenel and Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C., Beam Global Spirits & Wine, L.L.C. (f/k/a Beam Global Spirits & Wine, Inc.), and Jim Beam Brands Co., by and through their respective counsel.

## **RECITALS**

1. Whereas, under the current schedule for the briefing and hearing on class certification established by this Court's Order of May 3, 2012, Defendants' opposition to Plaintiff's motion is due by July 2, 2012, Plaintiff's reply papers are due July 20, 2012, and a hearing is scheduled for August 6, 2012;

2. Whereas, in the deposition of the Plaintiff on June 8, 2012, it became apparent to Defendants' counsel that there are documents and things in Plaintiff's possession, custody or control (of which Plaintiff's counsel advises counsel was previously unaware) which Defendants contend are material to issues affecting the propriety of class certification and which have not been produced to Defendants, and which Plaintiff advises she will produce to Defendants on June 26, 2012;

3. Whereas Defendants anticipate they will need to resume Plaintiff's deposition after they have had an opportunity to review and analyze the materials produced pursuant to Recital ¶ 2, and, due to conflicts with counsel's and the witness's schedule, the parties contemplate that the deposition will be resumed during the week of August 20-24, 2012, but will be limited to two and one-half hours and to questions related to or involving any newly produced documents, things, or information;

4. Whereas the parties therefore agree that the deadline for submission of Defendants' opposition to Plaintiff's motion for class certification should be extended to September 7, 2012, and that the deadline for submission of Plaintiff's reply should correspondingly be extended to September 21, 2012;

5. Whereas the parties are amenable to such hearing date on the motion for class certification as may be set by the court;

6.  Whereas Plaintiff previously sought, and, in a stipulation dated May 2, 2012, Defendants agreed to, a two-week extension of the deadline for submission of Plaintiff's motion, with a corresponding extension of the deadline for Defendants' opposition and Plaintiff's Reply, and the Court approved that stipulation in its order of May 3, 2012;

## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The deadline for submission of Defendants' briefs in opposition to class certification shall be extended to September 7, 2012;

2.  The deadline for submission of Plaintiff's reply thereto shall be extended to September 24, 2012;

3.  The hearing on class certification shall be held on any date thereafter that the Court may designate.

Dated: June 22, 2012

Respectfully submitted,

/s/ Robin D. Ball
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Rick L. Shackelford
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*