6. Whereas Plaintiff previously sought, and, in a stipulation dated May 2, 2012, Defendants agreed to, a two-week extension of the deadline for submission of Plaintiff's motion, with a corresponding extension of the deadline for Defendants' opposition and Plaintiff's Reply, and the Court approved that stipulation in its order of May 3, 2012;

## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for submission of Defendants' briefs in opposition to class certification shall be extended to September 7, 2012;

2. The deadline for submission of Plaintiff's reply thereto shall be extended to September 24, 2012;

3. The hearing on class certification shall be held on any date thereafter that the Court may designate.

Dated: June 22, 2012

Respectfully submitted,

/s/ Robin D. Ball
Robin D. Ball
CHADBOURNE & PARKE LLP

*Attorneys for Defendants Beam Global Spirits & Wine LLC, and Jim Beam Brands Co.*

Nabil Majed Nachawati, II /RDB
FEARS | NACHAWATI LAW FIRM

*Attorneys for Plaintiff Colette Von Kaenel*

Rick L. Shackelford /RDB
Robert J. Herrington
Matthew R. Gershman
GREENBERG TRAURIG, LLP

*Attorneys for Defendants Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.*

STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4762166.4