ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

DONALD I STRAUBER (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
MARY T. YELENICK (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Defendants
BEAM GLOBAL SPIRITS & WINE, INC. and
JIM BEAM BRANDS CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. LA CV11-7305 JAK (PJW)<br><br>**DECLARATION OF ROBIN D. BALL IN SUPPORT OF STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br>[Stipulation and Proposed Order Filed Concurrently Herewith]<br><br>Initial Complaint Filed: Sept. 6, 2011 |

DECLARATION OF ROBIN D. BALL IN SUPPORT OF STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE

CPAM: 4776143.3

I, Robin D. Ball, am a partner in Chadbourne & Parke, LLP, counsel for defendant Beam Global Spirits & Wine, Inc, and Jim Beam Brands Co. in this action. I submit this Declaration in support of the "Stipulation Re Class Certification Briefing Schedule and Hearing Date." If called upon to do so, I could and would testify as to the following.

1. The initial complaint in this action was filed on September 6, 2011, and Plaintiff filed a First Amended Complaint on May 31, 2012. The trial date is set for April 16, 2013. Plaintiff previously sought, and, in a stipulation dated May 2, 2012, Defendants agreed to, a two-week extension of the deadline for submission of Plaintiff's Motion for Class Certification, with corresponding extensions of the deadlines for Defendants' Opposition to Plaintiff's Motion for Class Certification (currently due July 2, 2012) and Plaintiff's Reply brief (currently due July 20, 2012), with the hearing scheduled for August 6, 2012. The Court approved that stipulation by Order dated May 3, 2012. Defendants have not previously sought an extension of the schedule for submission of their opposition adopted in the May 3, 2012 order.

2. During the deposition of Plaintiff Colette Von Kaenel on June 8, 2012, it became apparent that there are documents and things which are material to issues affecting the propriety of class certification that have not been produced to Defendants, that the parties agree should be produced to Defendants, and which Plaintiff advises will be produced on June 26, 2012.

3. Defendants anticipate they will need to resume Plaintiff's deposition after they have had an opportunity to review and analyze the materials referred to in ¶ 2, above. Due to schedule conflicts for counsel and the witness, it will not be possible to resume the Plaintiff's depositions until the week of August 20-24, 2012, and the parties contemplate that it will be resumed at that time.

4. Based on the foregoing, the parties have agreed that the deadline for Defendant's Opposition to Plaintiff's Motion for Class Certification should be

extended to September 7, 2012, and that the deadline for Plaintiff's Reply brief should correspondingly be extended to September 24, 2012.

5. Defendants will be prejudiced if the requested relief is not granted because they will be deprived of the opportunity to present evidence material to the issue of class certification and Plaintiff's suitability as a class representative.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 22 day of June, 2012, at Los Angeles, California.

       /s/ Robin D. Ball
      ROBIN D. BALL

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

- 3 -
DECLARATION OF ROBIN D. BALL IN SUPPORT OF STIPULATION RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE
CPAM: 4776143.3