CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>　　　　Defendants. | Case No.  LA CV11-7305 JAK (PJW)<br><br>**[PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br><br><br>Initial Complaint Filed: Sept. 6, 2011 |

[PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE

CPAM: 4762174.1

The Court has reviewed the parties' Stipulation Re Class Certification Briefing Schedule and Hearing Date.  Good cause appearing, the Court hereby orders as follows:

  1. Defendants' opposition papers to Plaintiff's motion for class certification shall be filed on or before September 7, 2012.

  3. Plaintiff's reply papers shall be filed on or before September 24, 2012.

  4. The hearing on Plaintiff's motion for class certification shall be held on _____, 2012, at __:__ __.m.

**IT IS SO ORDERED.**

Dated: _____, 2012

                     Hon. John A. Kronstadt
                     United States District Judge

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000