Name and address:
Benedict V. James
2580 Collin McKinney Pkwy., #2407
McKinney, TX 75070

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| COLETTE VON KAENEL, | CASE NUMBER |
|---|---|
| individually and on behalf of all others similarly situated<br>Plaintiff(s)<br>v.<br>SKINNY GIRL COCKTAIS, L.L.C., et al<br>Defendant(s). | LA CV11-7305 JAK (PJW)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for each case application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.

A CERTIFICATE OF GOOD STANDING for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Benedict V. James, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Colette Von Kaenel by whom I have been retained.

My business information is:
Fears Nachawati Law Firm
*Firm Name*

49250 Greenville Ave., Ste. 715
*Street Address*

Dallas, TX 75206
*City, State, Zip*

bjames@fnlawfirm.com
*E-Mail Address*

214-890-0711
*Telephone Number*

214-890-0712
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| All Texas State Courts | 05/2008 |
| Northern District of Texas | 03/2012 |
| Southern District of Texas | 04/2012 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Daniel R. Tamez as local counsel, whose business information is as follows:

Traffic Accident Law Center
*Firm Name*

707 Broadway, Ste. 1700
*Street Address*

San Diego, CA 92101
*City, State, Zip*

danieltamez@sdinjuryattorney.com
*E-Mail Address*

619-446-6736
*Telephone Number*

619-684-3500
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 7-17-12

Benedick V. James
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 7-17-12

Daniel R. Tamez
*Designee's Name (please print)*

*Designee's Signature*

216619
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.