Name & Address:
Benedict V. James
2580 Collin McKinney Pkwy., #2407
McKinney, Texas 75070

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated<br>Plaintiff(s)<br>v.<br>SKINNY GIRL COCKTAILS, L.L.C., et al<br>Defendant(s). | CASE NUMBER:<br>LA CV11-7305 JAK (PJW)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Benedict V. James**, of **Fears Nachawati Law Firm, 4925 Greenville Ave., Ste. 715, Dallas, TX 75206**
   *Applicant's Name*                          *Firm Name / Address*

**214-890-0711**                                **bjames@fnlawfirm.com**
   *Telephone Number*                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant
☐ Intervener or other interested person **Colette Von Kaenel**

and the designation of **Daniel R. Tamez / 216619**
   *Local Counsel Designee /State Bar Number*

of **Traffic Accident Law Center, 707 Broadway, Ste. 1700, San Diego, CA 92101**
   *Local Counsel Firm / Address*

**619-446-6736**                                **danieltamez@sdinjuryattorney.com**
   *Telephone Number*                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                     _____
                                                   U. S. District Judge/U.S. Magistrate Judge