NABIL MAJED NACHAWATI, II (Adm. Pro Hac Vice)
mn@fnlawfirm.com
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

STUART A. DAVIDSON (Adm. Pro Hac Vice)
sdavidson@rgrdlaw.com
CULLIN A. O'BRIEN (Adm. Pro Hac Vice)
cobrien@rgrdlaw.com
MARK DEARMAN (Adm. Pro Hac Vice)
mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. John A. Kronstadt |

The Parties, Plaintiff Collette Von Kaenel and Defendants Skinny Girl Cocktails, LLC, SGC Global, LLC, Beam Global Spirits and Wine, Inc. and Jim Beam Brands Co., by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-styled action is dismissed with prejudice in its entirety, with each Party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated:  July 27, 2012

*/s/ R. Dean Gresham*
R. Dean Gresham

R. Dean Gresham (*pro hac vice*)
dean@paynemitchell.com
Texas Bar No. 24027215
PAYNE MITCHELL LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252-1889

Nabil Majed Nachawati, II(*pro hac vice*)
mn@fnlawfirm.com
Texas Bar No. 24038319
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: (214) 890-0711
Fax: (214) 890-0712

Stuart A. Davidson (*pro hac vice*)
sdavidson@rgrdlaw.com
Florida Bar No. 084824
Cullin A. O'Brien (*pro hac vice*)
cobrien@rgrdlaw.com
Florida Bar No. 597341

| | |
|---|---|
| 1 | Mark Dearman (*pro hac vice*) |
| 2 | mdearman@rgrdlaw.com |
| | Florida Bar No. 0982407 |
| 3 | ROBBINS GELLER RUDMAN & DOWD |
| 4 | LLP |
| | 120 E. Palmetto Park Road, Suite 500 |
| 5 | Boca Raton, FL  33432 |
| 6 | Tel:  (561) 750-3000 |
| | Fax: (561) 750-3364 |
| 7 | Daniel R. Tamez, Esq. (216619) |
| 8 | danieltamez@sdinjuryattorney.com |
| | GNAU & TAMEZ LAW GROUP, LLP |
| 9 | 1010 Second Avenue, Suite 1750 |
| 10 | San Diego, CA 92101 |
| | Tel: (619) 446-6736 |
| 11 | Fax: (619) 793-5215 |
| 12 | |
| | **Attorneys for Plaintiff** |
| 13 | |
| 14 | */s/ Robin D. Ball* |
| | Robin D. Ball |
| 15 | Susan M. St. Denis |
| 16 | CHADBOURNE & PARKE LLP |
| | 350 South Grande Avenue, 32nd Floor |
| 17 | Los Angeles, CA  90071 |
| 18 | |
| | ***Attorneys for Defendants Beam Global*** |
| 19 | ***Spirits & Wine and Jim Beam Brands*** |
| 20 | ***Co.*** |
| 21 | */s/ Rick L. Shackelford* |
| 22 | Rick L. Shackelford |
| | Robert J. Herrington |
| 23 | Matthew R. Gershman |
| 24 | GREENBERG TRAURIG, LLP |
| | 1840 Century Park East, Suite 1900 |
| 25 | Los Angels, CA  90067 |
| 26 | |
| | **Attorneys for Defendants Skinny Girl** |
| 27 | **Cocktails, L.L.C. and SGC Global,** |
| 28 | **L.L.C** |

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2012.

       /s/ Dean Gresham_____
    Dean Gresham

- 3 -