NABIL MAJED NACHAWATI, II (Adm. Pro Hac Vice)
mn@fnlawfirm.com
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

STUART A. DAVIDSON (Adm. Pro Hac Vice)
sdavidson@rgrdlaw.com
CULLIN A. O'BRIEN (Adm. Pro Hac Vice)
cobrien@rgrdlaw.com
MARK DEARMAN (Adm. Pro Hac Vice)
mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>            Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

1 THIS CAUSE came before the Court upon the Parties' Joint Stipulation of

2 Dismissal With Prejudice ("the Stipulation"). UPON CONSIDERATION of the

3

4 Stipulation, the pertinent portion of the record, and being otherwise fully advised in

5 the premises, it is hereby:

6 ORDERED AND ADJUDGED that this case is DISMISSED WITH

7

8 PREJUDICE in its entirety. Each Party shall bear its own attorneys' fees and costs.

9 DONE AND ORDERED in Chambers at Los Angeles, California, this ____

10 day of July, 2012.

11

12

13
_____
14 JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -