Name and address:
Benedict V. James
2580 Collin McKinney Pkwy., #2407
McKinney, TX 75070

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE VON KAENEL, individually and on behalf of all others similarly situated<br>Plaintiff(s)<br>v.<br>SKINNY GIRL COCKTAILS, L.L.C., et al<br>Defendant(s). | CASE NUMBER<br>LA CV11-7305 JAK (PJW)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Benedict V. James _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Colette Von Kaenel _____ by whom I have been retained.

My business information is:
Fears Nachawati Law Firm
*Firm Name*

4925 Greenville Ave., Ste. 715
*Street Address*

Dallas, TX 75206
*City, State, Zip*

bjames@fnlawfirm.com
*E-Mail Address*

214-890-0711
*Telephone Number*

214-890-0712
*Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| All Texas State Courts | 05/2008 |
| Northern District of Texas | 03/2012 |
| Southern District of Texas | 04/2012 |

PAID
JUL 25 2012
Clerk, US District Court
COURT 4612

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Daniel R. Tamez  as local counsel, whose business information is as follows:

Traffic Accident Law Center
*Firm Name*

707 Broadway, Ste. 1700
*Street Address*

San, Diego, CA 92101                                danieltamez@sdinjuryattorney.com
*City, State, Zip*                                                *E-Mail Address*

619-446-6736                                                619-684-3500
*Telephone Number*                                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   7-17-12                    Benedict J Ames
                                   *Applicant's Name (please print)*

                                   *[signature]*
                                   *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   7-17-12                    DAniel R Tamez
                                   *Designee's Name (please print)*

                                   *[signature]*
                                   *Designee's Signature*

                                   216619
                                   *Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

July 06, 2012

RE: **Mr. Benedict Vladislav James**
State Bar Number - **24058518**

To Whom it May Concern:

This is to certify that Mr. Benedict Vladislav James was licensed to practice law in Texas on May 02, 2008 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

BEFORE ME, the undersigned notary public, on this day personally appeared Benedict James, who is personally known to me, and after being duly sworn according to law upon his oath deposed and said:

"My name is Ben James. I am over eighteen (18) years of age and am not suffering under any legal or mental disabilities. I have personal knowledge of the facts stated in this affidavit, and those facts are true and correct.

I hereby certify that I am familiar with the Local Civil Rules, the Local Criminal Rules, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence and the General Order Authorizing Electronic Filing."

Further, affiant sayeth not.

_____
Benedict James, Affiant

SUBSCRIBED AND SWORN TO Before me by Ben James, on this the 17th day of July, 2012, to certify which witness my hand and official seal of office.

My commission expires:
5-05-2016

_____
Notary Public, State of Texas
Print name: PAmela Cox



---

*Affidavit of Ben James*                                          Page 1