NABIL MAJED NACHAWATI, II (Adm. Pro Hac Vice)
mn@fnlawfirm.com
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

STUART A. DAVIDSON (Adm. Pro Hac Vice)
sdavidson@rgrdlaw.com
CULLIN A. O'BRIEN (Adm. Pro Hac Vice)
cobrien@rgrdlaw.com
MARK DEARMAN (Adm. Pro Hac Vice)
mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiff

JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| COLLETTE VON KAENEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SKINNY GIRL COCKTAILS, L.L.C., SGC GLOBAL, L.L.C., BEAM GLOBAL SPIRITS & WINE, INC. and JIM BEAM BRANDS CO.,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-07305-JAK-PJW<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE WITH PREJUDICE** |

THIS CAUSE came before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice ("the Stipulation"). UPON CONSIDERATION of the Stipulation, the pertinent portion of the record, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE in its entirety. Each Party shall bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Los Angeles, California, this 30th day of July, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

- 1 -